Case: 1:16-cv-02480-DCN Doc #: 5 Filed: 12/16/16 1 of 2. PageID #: 53

...rict
...District of Ohio
...rior Ave
...d, Ohio 44113
...LERK OF COURTS/FILING

7016 1370 0002 1640 9294



NIXIE    482    FE 1    0012/09/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 44113182999    2160N34423S-00417

ROSE GUBITOSI-KLUG
c/o University Hospitals Rainbow Babies
and Children's Hospital
11100 Euclid Avenue
Cleveland, Ohio 44106

2016 DEC 16 PM 12: 52
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

16cv2480

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rose Gibbs - KMG
1011 H. Rainbow Babies+Child
Hospital
11100 Euclid ave
Cleveland oh 44106

9590 9402 2176 6193 9162 69

2. Article Number (Transfer from service label)

7016 1370 0002 1640 9294

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt