16 cv 2480

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Rubello c/o
UH Rainbow & Babies & Children
Hosp.
11100 Euclid Ave
Cleveland, OH 44106

9590 9402 2176 6193 9162 90

2. Article Number (Transfer from service label)

7016 1370 0002 1640 9317

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Darrell Jow
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



9590 9402 2176 6193 9162 90

**United States Postal Service**

U.S. District Court
Northern District of Ohio
801 Superior Ave
Cleveland, Ohio 44113
ATTN: CLERK OF COURTS/FILING

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10