# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ALISON O'DONNELL,** | ) CASE NO. 1:16-CV-02480-DCN |
| | ) |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| | ) |
| v. | ) |
| | ) |
| **UNIVERSITY HOSPITALS HEALTH SYSTEM,** *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' CONSENT MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

On December 16, 2016, Defendants University Hospitals Health System, Inc., Naveen Uli, Sumana Narasimhan, and Rose Gubitosi-Klug (collectively, "Defendants") filed a consent motion to extend the deadline to answer Plaintiff Alison O'Donnell's ("Plaintiff") Complaint until January 9, 2017. [ECF Doc. 6]. On December 21, 2016, this Court granted Defendants' motion to extend the responsive pleading deadline to January 9, 2017, and also rescheduled the case management conference to January 13, 2017.

Lead counsel for Defendants, David A. Campbell, will be on a previously scheduled vacation and out of the country on January 13, 2017. Mr. Campbell will be returning from vacation on January 16, 2017. Accordingly, Defendants respectfully request that the case management conference be continued to a date after January 16, 2017.

Defendants affirm that the requested extension is not for purposes of undue delay. Plaintiff's counsel has been consulted and consents to this request for a continuance.

WHEREFORE, Defendants respectfully request that the case management conference currently scheduled for January 13, 2017 be continued to a date after January 16, 2017 so that Defendants' lead counsel can attend.

Respectfully submitted,

 /s/ Liana R. Hollingsworth
David A. Campbell (0066494)
Liana R. Hollingsworth (0085185)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: dacampbell@vorys.com
        lrhollingsworth@vorys.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of January, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties, when applicable, by operation of the Court's ECF system. Parties may access this filing through the Court's electronic filing system. If parties will not receive notice via the Court's electronic filing system, a true and correct copy of the foregoing will be served via regular United States Mail, postage prepaid, upon the following:

    Peter C. Mapley
    Brian Spitz
    The Spitz Law Firm, LLC
    25200 Chagrin Blvd., Suite 200
    Beachwood, OH 44122

    *Attorney for Plaintiff*

    */s/ Liana R. Hollingsworth*
    Liana R. Hollingsworth (0085185)
    Vorys, Sater, Seymour and Pease
    LLP 200 Public Square, Suite 1400
    Cleveland, Ohio 44114
    Telephone: (216) 479-6100
    Facsimile: (216) 479-6060
    Email: lrhollingsworth@vorys.com

    *One of the Attorneys for Defendants*