IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO. 1:16-CV-02480-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CONSENT MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

On December 16, 2016, Defendants University Hospitals Health System, Inc., Naveen Uli, Sumana Narasimhan, and Rose Gubitosi-Klug (collectively, "Defendants") filed a consent motion to extend the deadline to answer Plaintiff Alison O'Donnell's ("Plaintiff") Complaint until January 9, 2017. [ECF Doc. 6]. On December 21, 2016, this Court granted Defendants' motion to extend the responsive pleading deadline to January 9, 2017, and also rescheduled the case management conference to January 13, 2017.

Lead counsel for Defendants, David A. Campbell, will be on a previously scheduled vacation and out of the country on January 13, 2017. Mr. Campbell will be returning from vacation on January 16, 2017. Accordingly, Defendants respectfully request that the case management conference be continued to a date after January 16, 2017.

Defendants affirm that the requested extension is not for purposes of undue delay. Plaintiff's counsel has been consulted and consents to this request for a continuance.

WHEREFORE, Defendants respectfully request that the case management conference currently scheduled for January 13, 2017 be continued to a date after January 16, 2017 so that Defendants' lead counsel can attend.

*[Handwritten notation:]* 1/10/17 Motion Grtd. CMC re-set 1/19/17 @ 9:00 /s/ Donald C. Nugent