IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE: DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO WITHDRAW AND** |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, et al., | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| Defendants. | ) | |

Plaintiff, Alison O'Donnell, by and through undersigned counsel, hereby moves this Court to withdraw Attorney Peter C. Mapley and substitute Attorney Brian D. Spitz as counsel of record in the above captioned proceedings effective as of the date of the filing of this Motion.

Attorney Spitz is licensed to practice in the State of Ohio and has full settlement authority and decision-making authority over Plaintiff.

Respectfully submitted,

/s/ Brian D. Spitz
Brian D. Spitz (0068816)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email:  brian.spitz@spitzlawfirm.com

*Attorney for Plaintiff Alison O'Donnell*

The Employee's Attorney.™

