IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.1:16-cv-02480 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that Attorney Ken E. Smith of The Spitz Law Firm, L.L.C., hereby enters an appearance in this matter.  Please include Mr. Smith on all future correspondence and notices to the address and email listed below.

Respectfully submitted,

*/s/ Ken E. Smith*
Brian D. Spitz (0068816)
Ken E. Smith  (0090761)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: brian.spitz@spitzlawfirm
            Ken.smith@spitzlawfirm

*Attorneys for Plaintiffs*



## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the Court's electronic filing system on January 17, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

>*/s/ Ken E. Smith*
>Brian D. Spitz (0068816)
>Ken E. Smith (0090761)
>**THE SPITZ LAW FIRM, LLC**
>
>*Attorneys for Plaintiffs*