UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE MINUTE SHEET

DCM FORM NO. 7
8/15/2013

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE HELD BEFORE __JUDGE DONALD C. NUGENT__ DATE: JANUARY 19, 2017 JUDICIAL OFFICER | |
| Alison O'Donnell, v. University Hospitals Health System, et al., | CASE NO. 1:16 CV 2480 Length of Conference: JUDGE: DONALD C. NUGENT |

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE?   YES ☐   NO ☑

TRACK DESIGNATION:
Administrative ☐    Expedited ☐    Standard ☑    Complex ☐    Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION:   YES ☐   NO ☑
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐    Mediation ☐    Arbitration ☐    Summary Jury Trial ☐    Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: general written discovery; somewhere around 5 depositions; parties wish to front load discovery + possibly mediate b/4 full discovery complete

DISCOVERY CUT OFF DATE: 9/1/17 fact discovery

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 5/2/17 @ 10:00 — may seek mediation referral @ next status

NOTES: ADA claim + race related to fellowship + treatment once admitted to fellowship — alleged consequential effect on related employment opportunity

Length of Proceeding: 20 MIN.

United States DISTRICT JUDGE  1/19/17