IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SUBSTITUTION OF** |
| UNIVERSTIY HOSPITALS HEALTH SYSTEM, ET AL. | ) ) | **COUNSEL** |
| | ) | |
| Defendant. | | |

Plaintiff, Alison O'Donnell by and through undersigned counsel hereby moves this Court to substitute Attorney Nickoli Miguel for Attorney Ken S. Smith as co-counsel of record in the above-captioned proceedings effective as of the date of the filing of this Notice. Please include Attorney Miguel on all future notices and filings.  Attorney Brian D. Spitz' status as counsel for Plaintiff is unchanged by this Notice.

Respectfully Submitted,

*/s/ Nickoli Miguel*
Brian D. Spitz (0068816)
Nickoli Miguel (0096113)
Ken E. Smith (0090761)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Brian.spitz@spitzlawfirm.com
            Nick.miguel@spitzlawfirm.com
            Ken.smith@spitzlawfirm.com

*Attorney for Plaintiff Alison O'Donnell*



## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2017, a copy of foregoing is being filed and served through Court's electronic filing system.

       */s/ Nickoli Miguel*
       Brian D. Spitz (0068816)
       Nickoli Miguel (0096113)
       Ken E. Smith (0090761)

       **THE SPITZ LAW FIRM, LLC**

       *Attorneys for Plaintiff Alison O'Donnell*