IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALISON O'DONNELL | CASE NO.: 1:16-CV-02480 |
| | JUDGE:   DONALD C. NUGENT |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| UNIVERSTIY HOSPITALS HEALTH SYSTEM, et al, | |
| Defendants. | |

Plaintiff, Alison O'Donnell, by and through undersigned counsel, hereby moves this Court to remove Attorney Nickoli Miguel as counsel of record in the above-captioned proceedings effective as of the date of the filing of this Motion. Mr. Miguel is no longer an attorney practicing with the Spitz Law Firm. Attorney Brian D. Spitz and Ken E. Smith of The Spitz Law Firm, LLC., shall remain as the attorneys of record in this matter. Please forward all future correspondence to attorney Spitz's and Smith's email and address listed below.

    Respectfully submitted,

*/s/ Ken E. Smith*
Brian D. Spitz (0068816)
Ken E. Smith (0090761)
THE SPITZ LAW FIRM, LLC.
The Water Tower Plaza
25200 Chagrin Blvd, Ste. 200
Beachwood, Ohio  44122
Phone:  216.291.4744
Facsimile:  216.291.5744
Email: brian.spitz@spitzlawfirm.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was served on this 6th day of April, 2017 by e-mail and /or regular U.S. mail to the following:

VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
David A. Campbell, Jr.
Liana R. Hollingsworth
Email: dacampbell@vorys.com
lrhollingsworth@vorys.com

Attorney for Defendants

                                              */s/ Ken E. Smith*
                                              Brian D. Spitz (0068816)
                                              Ken E. Smith (0090761)
                                              THE SPITZ LAW FIRM

                                              Attorneys for Plaintiff