IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SUBSTITUTION** |
| UNIVERSTIY HOSPITALS HEALTH SYSTEM, ET AL. | ) | **OF COUNSEL** |
| | ) | |
| | ) | |
| Defendant. | | |

Plaintiff, Alison O'Donnell by and through undersigned counsel hereby moves this Court to substitute Attorney Fred M. Bean for Attorney Nickoli Miguel as co-counsel of record in the above-captioned proceedings effective as of the date of the filing of this Notice. Please include Attorney Bean on all future notices and filings. Attorney Brian D. Spitz' status as counsel for Plaintiff is unchanged by this Notice.

Respectfully Submitted,

*/s/ Fred M. Bean*
Brian D. Spitz (0068816)
Fred M. Bean (0086756)
Nickoli Miguel (0096113)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Ste. 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Brian.spitz@spitzlawfirm.com
       Fred.Bean@spitzlawfirm.com
       Nick.miguel@spitzlawfirm.com

*Attorney for Plaintiff Alison O'Donnell*



## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2017, a copy of foregoing is being filed and served through Court's electronic filing system.

/s/ Fred M. Bean
Brian D. Spitz (0068816)
Fred M. Bean (0086756)
Nickoli Miguel (0096113)

**THE SPITZ LAW FIRM, LLC**

*Attorneys for Plaintiff Alison O'Donnell*