IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE: DONALD C. NUGENT |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **CO-COUNSEL** |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM, et al. | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that Attorney Matthew Bruce of The Spitz Law Firm, LLC, 25200 Chagrin Blvd., Suite 200, Beachwood, Ohio 44122, hereby enters his appearance as co-counsel of record for Plaintiff Alison O'Donnell in the above-referenced matter. Please include Attorney Bruce on all notices and filings.  Attorney Brian D. Spitz and Fred M. Bean's status as counsel for Plaintiff is unchanged by this Notice.

Respectfully submitted,

*/s/ Matthew Bruce*
Brian D. Spitz (0068816)
Fred M. Bean (0086756)
Matthew Bruce (0083769)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Brian.Spitz@SpitzLawFirm.com
         Fred.Bean@spitzlawfirm.com
         Matthew.Bruce@spitzlawfirm.com

*Attorneys for Plaintiff Alison O'Donnell*



## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2017, a copy of foregoing is being filed and served through Court's electronic filing system.

                                                      */s/ Matthew Bruce*
                                                    Brian D. Spitz (0068816)
                                                    Fred M. Bean (0086756)
                                                    Matthew Bruce (0083769)
                                                    **THE SPITZ LAW FIRM, LLC**

                                                    *Attorneys for Plaintiff Alison O'Donnell*

