## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| O'Donnell,<br>     Plaintiff(s),<br>v.<br>University Hospitals Health System, et al.,<br>     Defendant(s). | Date: May 2, 2017<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:16 CV 2480 |

Status conference held; Counsel for all parties participating. Parties are working on discovery including third party discovery. Plaintiff will have expert reports produced on 9/1/17; rebuttal reports if any due 11/1/17. Expert discovery concluded by 12/1/17.

Status conference set 8/1/17 @ 9:30 by telephone.

Length of Proceeding: 15

/s/ Donald C. Nugent 5/2/17
United States District Judge