UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO. 1:16-CV-2480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

6/12/17
Motion Grtd.
[signature] D. Nugent

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(C) of the Federal Rules of Civil Procedure, Defendants University Hospitals Cleveland Medical Center (misnamed in the Complaint as University Hospitals Health System), Naveen Uli, Sumana Narasimhan, Rose Gubitosi-Klug, and William Rebello, move this Court to enter the attached Stipulated Protective Order in the above-captioned action to govern the use of confidential information in certain documents that will be produced during the course of discovery in this case.

Respectfully submitted,

/s/ Fred M. Bean
Brian D. Spitz
Fred M. Bean
The Spitz Law Firm, LLC
25200 Chagrin Blvd., Suite 200
Beachwood, OH 44122
Brian.Spitz@spitzlawfirm.com
Fred.Bean@spitzlawfirm.com

*Attorneys for Plaintiff
Alison O'Donnell*

/s/ Liana R. Hollingsworth
David A. Campbell (0066494)
Liana R. Hollingsworth (0085185)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
Email: dacampbell@vorys.com
lrhollingsworth@vorys.com

*Attorneys for Defendants*