## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| O'Donnell, | Date: August 1, 2017 |
| --- | --- |
| Plaintiff(s), | Judge Donald C. Nugent |
| v. | Court Reporter: None |
| University Hospitals Health System, et al., | Case Number: 1:16 CV 2480 |
| Defendant(s). | |

Status Conference held; counsel for all parties participating. The parties have been engaged in discovery but require additional time. Fact discovery extended to October 16, 2018. Dispositive motions due 11/16/17; opposition due 12/18/17; reply due 1/2/18. Status conference set 1/9/18 @ 9:30 by telephone.

Length of Proceeding: 15

*Betsy Breen*
United States District Judge
Law Clerk