# EXHIBIT 6 – CITED PAGES FROM DEPOSITION OF ROSE GUBITOSI-KLUG, M.D.

```
1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION

3                          - - -

4     ALISON O'DONNELL,

5              Plaintiff,
         vs.                    Case No. 1:16-cv-2450
6                               Judge Donald E. Nugent
      UNIVERSITY HOSPITALS
7     HEALTH SYSTEM, et al.,

8              Defendants.

9                          - - -

10       DEPOSITION OF ROSE A. GUBITOSI-KLUG, M.D.
                  Tuesday, August 15, 2017
11
                           - - -
12

13         The deposition of ROSE A. GUBITOSI-KLUG,

14    M.D., a Defendant herein, called for

15    examination by the Plaintiff under the Federal

16    Rules of Civil Procedure, taken before me,

17    Diane M. Stevenson, a Registered Diplomate

18    Reporter, Certified Realtime Reporter, and

19    Notary Public in and for the state of Ohio,

20    pursuant to notice, at The Spitz Law Firm,

21    25200 Chagrin Blvd., Suite 200, Beachwood,

22    Ohio, commencing at 9:51 a.m., the day and date

23    above set forth.

24
                Stevenson Reporting Service, Inc.
25      2197 Macon Court    Westlake, Ohio 44145
              440.892.8600  diane@nls.net
```

1    booked out, especially when we are having
2    outside speakers come in and talk to us.
3  Q. So then somebody is going to be speaking. And
4    then at that point somebody can jump in with a
5    question, either a faculty member or a fellow,
6    and questions can be posed to the fellows,
7    "Hey, how would you handle this specific
8    situation?" Or "What do you think about this,"
9    that type of stuff, right?
10 A. Yeah, I mean, absolutely. Wednesday is --
11   Wednesday is mandatory because it is our only
12   time where we are all together that we can do
13   the true kind of teaching that is required of
14   an academic subspecialty training program.
15       I mean, it is kind of -- this is our
16   sacred time to really be all together with our
17   fellows as a group to go over the most
18   challenging cases.
19       You could be on inpatient service for
20   three years and never treat a patient with a
21   rare condition called thyroid storm. How do
22   you learn? I mean, I never saw a thyroid storm
23   patient in my three years of fellowship.
24       But on these Wednesday meetings faculty
25   would present a case. I would then present the

management to residents in the PICU, I would do a lecture on it. So I would learn that way, because some of the cases are so rare, you are never going see in your three years.

But I learned how to do the medical management from these Wednesday conferences and then from presenting.

So I will tell you, day one as an assistant professor, first patient in the PICU, thyroid storm. And I knew how to do it because of Wednesday meetings. So these meetings are essential to giving, imparting the knowledge to the fellows of these very rare cases.

And in outpatient clinic, patients are assigned to the schedule randomly, nobody is purposely given the most challenging patients. I mean, they just -- patients call, new patient, they are put on a schedule.

We tend to try to get a lot of new patients for fellows because that is where the real learning is. They can see some of my follow-ups, but the new patient is when you get to really kind of see them fresh and think about how you would prioritize their work-up.

So we need to talk about these challenging

1  cases on Wednesday.  So the fellow would,
2  typically, their presentations are they start
3  with the case.  I mean, that is how we all
4  learn.  We start with the case, and maybe it is
5  a simple case, but in your differential of what
6  might be going on, you consider some rare
7  things, and occasionally that is what the kid
8  has.
9           And then you would break into, and the
10 heart of your presentation would really be, the
11 pathophysiology of that disease.  What do we
12 understand?  Do we understand the genetics of
13 it?  Is it inherited.  How is it inherited in
14 the family?
15          As a subspecialist, you are expected to
16 know the detailed biochemistry.  In our area it
17 is a lot of biochemistry.  That is what you
18 expect.
19          General pediatricians understand the
20 surface, but we are supposed to be able to have
21 the in-depth.
22          So on these Wednesday conferences we are
23 able to see, again:  Are the fellows making
24 that jump from being the general pediatrician
25 to now being that subspecialty expert?