# EXHIBIT 7 – CITED PAGES FROM DEPOSITION OF JULIE CHESTER

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION

                          - - -

 ALISON O'DONNELL,

              Plaintiff,
     vs.                          Case No. 1:16-cv-2450
                                  Judge Donald E. Nugent
 UNIVERSITY HOSPITALS
 HEALTH SYSTEM, et al.,

              Defendants.

                          - - -

             DEPOSITION OF JULIE A. CHESTER
                  Monday, August 7, 2017

                          - - -
```

The deposition of JULIE A. CHESTER, a witness, called for examination by the Plaintiff under the Federal Rules of Civil Procedure, taken before me, Diane M. Stevenson, a Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public in and for the state of Ohio, pursuant to notice, at The Spitz Law Firm, 25200 Chagrin Blvd., Suite 200, Beachwood, Ohio, commencing at 8:58 a.m., the day and date above set forth.

```
         Stevenson Reporting Service, Inc.
    2197 Macon Court    Westlake, Ohio 44145
          440.892.8600   diane@nls.net
```

|  |  |  |
|---|---|---|
| 1 |  | this was issued, an end date to the leave of |
| 2 |  | absence, it would just, what, kind of be |
| 3 |  | ongoing and monitored? |
| 4 | A. | Correct and in case anything changed. |
| 5 | Q. | I mean, did you have an expectation that she |
| 6 |  | one day would no longer have this anxiety |
| 7 |  | disorder, so she would be allowed to do |
| 8 |  | everything that everybody else could do at |
| 9 |  | these conferences? |
| 11:38 10 | A. | I didn't have an expectation. I just, |
| 11 |  | obviously, wanted to put her on a leave of |
| 12 |  | absence so she would continue her health care |
| 13 |  | benefits, and then, obviously, if something did |
| 14 |  | change with her medical condition then |
| 15 |  | absolutely she could come back to the program. |
| 16 | Q. | Did you go over this with Dr. O'Donnell or was |
| 17 |  | it just sent to her? |
| 18 | A. | I don't recall if it was one-on-one or if it |
| 19 |  | was sent in the mail. |
| 11:39 20 | Q. | Did Dr. O'Donnell and you ever have any |
| 21 |  | conversations about this document or its |
| 22 |  | contents as a follow-up? |
| 23 | A. | I don't recall specific communications with |
| 24 |  | Dr. O'Donnell. |
| 25 | Q. | Do you recall if she ever raised the issue to |