**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALISON O'DONNELL | ) | CASE NO.  1:16-CV-2480 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that Donald G. Slezak of the law firm of Vorys, Sater, Seymour and Pease LLP in Cleveland, Ohio hereby enters his appearance in the captioned matter as counsel for Defendants, University Hospitals Cleveland Medical Center (misnamed in the Complaint as University Hospitals Health System) ("UHCMC"), Dr. Naveen Uli ("Uli"), Dr. Sumana Narasimhan ("Narasimhan"), Dr. Rose Gubitosi-Klug ("Gubitosi-Klug"), and William Rebello ("Rebello") (collectively, "Defendants").   Please include the undersigned on all future correspondence, orders, pleadings and other communications pertaining to this case.

> Respectfully submitted,
> */s/ Donald G. Slezak*
> David A. Campbell (0066494)
> Liana R. Hollingsworth (0085185)
> Donald G. Slezak (0092422)
> **VORYS, SATER, SEYMOUR AND PEASE LLP**
> 200 Public Square, Suite 1400
> Cleveland, OH  44114
> Telephone:  216-479-6100
> Facsimile:   216-479-6060
> Email:   dacampbell@vorys.com
>                lrhollingsworth@vorys.com
>                dgslezak@vorys.com
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify pursuant to Civ. R. 5(B)(2)(c), that a true and accurate copy of the

foregoing was served this 1st day of December, 2017, via the Court's electronic filing system

*/s/ Donald G. Slezak*_____
Donald G. Slezak
*One of the Attorneys for Defendants*