# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALISON O'DONNELL ) | CASE NO. 1:16-CV-2480 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| vs. ) | |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM, *et al*., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Defendants University Hospitals Cleveland Medical Center (misnamed in the Complaint as University Hospitals Health System), Dr. Naveen Uli, Dr. Sumana Narasimhan, Dr. Rose Gubitosi-Klug, and William Rebello (collectively, "Defendants"), pursuant to Local Rule 83.9, hereby substitute Attorney Donald G. Slezak of Vorys, Sater, Seymour and Pease LLP for Attorney Liana R. Hollingsworth of Vorys, Sater, Seymour and Pease LLP as co-counsel of record for Defendants in the above-captioned proceedings effective as of the date of this Notice. Please be advised that Attorney David A. Campbell of Vorys, Sater, Seymour and Pease LLP will continue as lead counsel of record for Defendants in this litigation. Accordingly, all future notices, filings, and correspondence should be directed to Attorneys Campbell and Slezak.

1

Respectfully submitted,

*/s/ Donald G. Slezak*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: 216-479-6100
Facsimile: 216-479-6060
Email: dacampbell@vorys.com
dgslezak@vorys.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify pursuant to Civ. R. 5(B)(2)(c), that a true and accurate copy of the foregoing was served this 12th day of December, 2017, via the Court's electronic filing system

                                           */s/ Donald G. Slezak*_____
                                           Donald G. Slezak

                                           *One of the Attorneys for Defendants*