IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED DISMISSAL OF** |
| UNIVERSTIY HOSPITALS HEALTH SYSTEM, ET AL. | ) | **COUNT X OF THE COMPLAINT AND ALL CLAIMS AGAINST** |
| | ) | **DEFENDANT WILLIAM** |
| Defendants. | ) | **REBELLO** |

The parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal, *with prejudice*, of Count X of O'Donnell's Complaint (Aiding and Abetting), and also stipulate to the dismissal, *with prejudice*, of all claims against Defendant William Rebello.

Respectfully Submitted,

| | |
|---|---|
| */s/ Fred M. Bean* | */s/ Dave A. Campbell* |
| Brian D. Spitz (0068816) | David A. Campbell (0066494) |
| Fred M. Bean (0086756) | Donald G. Slezak (0092422) |
| **THE SPITZ LAW FIRM, LLC** | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
| 25200 Chagrin Boulevard, Ste. 200 | 200 Public Square, Suite 1400 |
| Beachwood, Ohio 44122 | Cleveland, OH 44114 |
| Phone: (216) 291-4744 | Phone: (216) 479-6100 |
| Fax:    (216) 291-5744 | Fax:    (216) 479-6060 |
| Email: Brian.spitz@spitzlawfirm.com | Email: dacampbell@vorys.com |
|            Fred.Bean@spitzlawfirm.com |            dgslezak@vorys.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2017, a copy of foregoing is being filed and served through Court's electronic filing system

*/s/ Fred M. Bean*
Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**