6/18/12

To Whom It May Concern:

I am writing to state that I believe that Allison Matthews has been treated unfairly by the Pediatric Endocrinology Department of Rainbow Babies and Children's Hospital. Often, it appears that different standards are used for her than for the other fellows. I am aware that Dr. Uli told Dr. Matthews that she should have seen a non-urgent consult that she got after hours. However, none of the other fellows routinely see after hours consults. If a consult is called late in the day, the patient is seen the next morning if the issue is not emergent. I am also aware that Dr. Matthews has been told that her conference presentations are not good enough. I have been in attendance during the majority of Dr. Matthews' presentations, and I have not noticed that hers are of lesser quality than those of the other fellows. Dr. Matthews has also mentioned to me on multiple occasions that she has been bullied by Drs. Uli and Narasimhan because they feel that her charts are not dictated soon enough. I know that all the fellows have a large number of charts to process (especially during a clinical block) and it often takes several weeks to complete this process. Furthermore, attendings are often not very accessible and the entire process to complete a chart may take a month or more. Although, I do not know the exact timeline for Dr. Matthews' charts, it does not appear that hers are different than the other fellows. Finally, I know that during the 2010-2011 academic year Dr. Matthews was routinely expected to see Dr. Narasimhan's clinic patients. I do not know of any other fellow that was required to attend a clinic for the sole purpose of seeing the patients of another physician.

Sincerely,

R Dahiya
Rachana Dahiya

R Dahiya 9/16/17
RACHANA DAHIYA

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 16th day of September, 2017
Aziz Bekishov, Notary Public, D.C.
My commission expires September 30, 2020.
by Rachana Dahiya

PLAINTIFF'S
Exhibit 2