6/1/12

To Whom It May Concern:

I was told by Dr. Naveen Uli that my in-training exam score in my first year of training was not important and would not be held against me.

*Rdahiya*

R. DAHIYA, MBBS, Pediatric Endocrinology Fellow



*R. Dahiya* 9/16/17
RACHANA DAHIYA

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 16th day of September, 2017
Aziz Bekishov, Notary Public, D.C.
My commission expires September 30, 2020.
by Rachana Dahiya

PLAINTIFF'S
Exhibit 3