**CONFIDENTIAL**

Please return chart to Alison Matthews -

Alison → Pt did not show for appt. 9/2/1[?]
Please call & r/s.
Rm [illegible]

NDOCRINOLOGY & METABOLISM — FOLLOW-UP VISIT

Rainbow Babies
& Children's Hospital

Lg/Ht_____ cm   BMI _____
Weight _____ kg
BP _____
Pulse _____

no show  [signature]

**REDACTED**

PLAINTIFF'S
Exhibit 4

CONFIDENTIAL
Resident/Fellow     Attending Physician     Additional details in Chart Note # O'Donnell 206