*[Handwritten notes at top:]* Satisfactory Eval's for PGY 4 year (female) / Nov 2010 - met Dr. Sumana (attending) - clinical disagreement about treatment of patient / Sumana "friends" with UH / another attending said treatment was fine / treatment of

Article 3.16 in the University Hospitals Resident/Fellow handbook states:

*UH is committed to providing a working environment that is free from all forms of discrimination and conduct that can be considered harassing, coercive or disruptive, including sexual and other forms of harassment.*

Despite these rules, I have been forced to endure repeated episodes of harassment and discrimination by the Pediatric Endocrinology fellowship program which is likely racially motivated. I am the only person of African-American descent in the department and I am treated much differently than my peers. This mistreatment has been perpetrated mainly by Dr. Naveen Uli. Dr. Sumana Narasimhan has also treated me in an unacceptable manner on more than one occasion. Over the 15 months that I have been a member of the department, I have been treated in a manner that is contrary to the University Hospitals Anti-harassment and Discrimination Policy, and is against Ohio Revised Code 4112.02f.

*[Handwritten margin note:]* Said her mother thinks it is. Both Dr Matthews can pinpoint with they are treating her differently

9/28/11: Dr. Uli stated that he was told by "another department" that I refused a consult inappropriately. I explained to him that I did not refuse the consult- I recommended that the primary service also consult another specialty that might be able to be of use. However, Dr. Uli refused to listen to me and continued to accuse me of wrongdoing.

9/28/11: Dr. Uli stated that "at least five" patients complained about me and did not want to see me in follow-up. He went on to accuse me of providing bad patient care and not creating rapport with my patients. However, he was unable to provide any details about these alleged patients. Furthermore, my schedule is booked with return visits until March 2012. I had a patient complain on 9/28/11 that my schedule was so full that they could not schedule an appointment to see me. In addition, my evaluations provided by patients have always been extremely positive. These facts are inconsistent with someone who is supposedly chasing patients away. Furthermore, I had approximately 500 patient visits last year. Even if Dr. Uli's statement was true, failing to please 1% of my patients is hardly concerning.

9/28/11: Dr. Kaminski allegedly stated to Dr. Uli that she forced me to rewrite a consult on patient J.W. multiple times because I did such a poor job. This is a blatant lie. She corrected a small point in the plan of care for the patient. When I confronted Dr. Uli with the facts and suggested he look at the document himself, he refused to do so. He then refused to acknowledge or address the fact that Dr. Kaminski misrepresented the facts and continued to blame me for the issue.

On 9/29/11 I confronted Dr. Kaminski about her alleged statement to Dr. Uli. She denied ever stating that I had re-write the consult multiple times and acknowledged that it would have been completely false to make such a statement.

9/28/11: Dr. Narasimhan allegedly stated to Dr. Uli, that I gave her poor sign-out on 9/23/11. I did not give her sign-out at all because that is not my job. Attendings give sign-out to each other. Dr. Uli refused to acknowledge this and continued to blame me for this issue.

PLAINTIFF'S
Exhibit 6

UH000351

6/2011-8/2011: Dr. Uli harassed me on multiple occasions and accused me of not working on a research project despite evidence to the contrary. Furthermore, even though every other fellow in the department is allowed to choose their own project, I was not allowed to do so. Furthermore, the department attempted to force me to help other fellows with their projects instead of allowing me to have my own.

7/2010-6/2011: Dr. Uli did not give me the opportunity to evaluate members of the faculty as required by the ACGME. This transgression was pointed out on 6/28/11 and he still failed to comply.

6/2011: According to ACGME guideline II.F.1.b programs are required to provide "A process by which individual residents can address concerns in a confidential and protected manner". However, I presented Dr. Uli with some concerns regarding the behavior of some other members of the department. He then told me that he would need to tell the rest of the department about our conversation.

6/2011: Dr. Uli coerced me to sign a 'remediation agreement' outlining how I was not performing as expected. I had multiple concerns about the document, but he refused to listen or make any changes.

6/2011: Dr. Uli asked the department to grade an impromptu presentation that I gave. Although I gave multiple well-prepared and well-planned presentations throughout the year (including one approximately 2 weeks prior), he chose one that he knew would not be representative of my ability to use as my evaluation. (All of the other fellows were graded on projects that they had advance time to prepare).

6/2010-present: Dr. Uli has harassed me on multiple occasions about my patient letters, stating that they are not good enough. However, my letters are of equal quality with other fellows and are equal to the sample letter provided in the program syllabus.

6/2011: I expressed my concerns about Dr. Narasimhan's behavior towards me. He ignored my complaints and made no effort to correct the situation.

3/2011: Dr. Narasimhan demanded that I come into work during my vacation. When I refused to do so, she allegedly made disparaging remarks about me to my coworkers. (other fellows told her this)

2/2011: A scheduling mistake gave me too many clinic days during January 2011. Therefore, I was given one less clinic during the month of February. Dr. Narisimhan paged me and attempted to coerce me into coming to clinic to see her patients. Patrik Holzheimer made schedule

11/2010-1/2011: Dr. Narasimhan forced me to work in her clinic and see her patients for her. No other fellow was required to see another physician's patients.

10/2010: Dr. Narasimhan accused me of mismanaging a patient because she disagreed with the plan another attending approved. She then went on to berate me because I did not have prior knowledge that the patient had changed their last name between the time they were discharged from the hospital and when they came to their outpatient appointment.