8/27/2016

Re: UHMP Position Opportunity in Ashtabula

**From:** amatth4932 <amatth4932@aol.com>
**To:** Brian.Boardman <Brian.Boardman@UHhospitals.org>
**Subject:** Re: UHMP Position Opportunity in Ashtabula
**Date:** Sun, Dec 16, 2012 8:58 am

I will send the letter finalizing my department from the fellowship program today. Sorry this has taken longer than anticipated.

Thank you,
Alison Matthews

-----Original Message-----
From: Boardman, Brian <Brian.Boardman@UHhospitals.org>
To: amatth4932 <amatth4932@aol.com>
Sent: Fri, Dec 14, 2012 9:21 am
Subject: UHMP Position Opportunity in Ashtabula

Hi, Allison,

I have been told that UH has provided you and your attorney a separation agreement to finalize your departure from the fellowship program.
We need to have this resolved by end of day on Thursday, December 20. Neither UHMP or Dr. Nagaprakash can continue to suspend our Ashtabula recruitment beyond this time.

Please call me on Friday morning to confirm that this has been taken care of. If not, we will need to begin interviewing other candidates.

Thanks,

Brian
Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.
Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

PLAINTIFF'S
Exhibit 8