
**University Hospitals**
Physician Services

Via Certified Mail
Copy via Email (amatth4932@aol.com)

January 17, 2013

Michael L. Nochomovitz, M.D.
President

11100 Euclid Avenue
Lakeside 1016
Cleveland, OH 44106-5026
216 844 3920 Phone
216 844 7449 Fax

Alison McLaurin Matthews, M.D.
13700 Shaker Boulevard #210
Cleveland, Ohio 44120

Re: Memorandum of Understanding - Rescission

Dear Dr. Matthews:

Thank you for taking the time to interview with Brian Boardman and Drs. Hertz, Kondru, Nagaprakash and Fleck on Wednesday, January 9, 2013.

When University Hospitals Medical Practices first interviewed you we had an immediate need for another pediatrician in the Ashtabula practice due to Dr. Nagaprakash's plans to retire. Since the Memorandum of Understanding was signed by you, the circumstances in that practice have changed. Dr. Nagaprakash has informed us that he is no longer planning to leave our organization. In addition, another established pediatrician has joined the practice. As a result, there is no longer a need for another pediatrician at that site at this time. We are informing you, pursuant to the terms of the Memorandum of Understanding, that we have decided to cease to work towards an employment transaction.

We wish you the best of luck in your future endeavors.

Sincerely,

Michael L. Nochomovitz, M.D.
President
University Hospitals Physician Services

President & Chief Medical Officer
University Hospitals Medical Practices

cc: Brian Boardman
MaryAnn Kocurko
Dr. Nagaprakash
Dr. Hertz

**PLAINTIFF'S**
Exhibit 9

642295 v2
0013108