*Jennifer Rosenberg, M.D.*
*29425 Chagrin Boulevard*
*Suite 301*
*Pepper Pike, Ohio 44122*
*Phone: 216-292-0610 ext 307*
*Fax. 216-292-0627*

June 26, 2017

Fred M. Bean
Spitz Law Firm
The Water Tower Plaza
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122

RE: Alison O'Donnell vs. University Hospital System

Dear Mr. Bean:

I am writing on behalf of Dr. Alison O'Donnell (DOB: 09-05-1978) regarding my treatment of her as a patient. Dr. O'Donnell is a 38 year old married woman with a 2 year old son. I first evaluated Dr. O'Donnell on 5/18/2016 and continue to see her for medication management every two to four months.

Dr. O'Donnell presented to me with symptoms of anxiety. She has struggled with anxiety for many years. She reported that she has had anxiety in the last one to two years but it had become more intense about six months prior to seeing me.

Dr. O'Donnell gave a history of social anxiety, mostly present when she was younger, and in situations where she is the center of attention where she was expected to speak and would be shy for fear of being criticized. She explained that she had a particularly difficult issue when she was in her endocrinology fellowship at University Hospitals. She finished her residency in pediatrics from 2006 to 2009 at the Cleveland Clinic. She had no trouble with residency but she had difficulty with anxiety in her pediatric endocrinology fellowship which began in 2010. She found it very difficult since she was not given a schedule and she felt she was targeted and was told she was doing a poor job. She said she was quiet during department conference meetings because she was anxious. She told them that she had an anxiety disorder and requested they ask her questions to test her knowledge and allow her to do a presentation rather than speaking up. She reportedly told them she had an anxiety disorder and they told her to "get over it." She then went to the graduate medical education committee where they suggested she apply for accommodations. The accommodations were denied and she was put on leave. She then applied to get a job in pediatrics in Ashtabula which was also part of University Hospitals and she had to terminate her fellowship to work there but in the end did not get the job. This occurred in 2012, early 2013, and she did locum tenens until her most recent job.

Dr. O'Donnell has a long history of generalized anxiety disorder and panic disorder. She presented to me with symptoms of both and complained of panic, constant worrying, becoming overwhelmed and anxious in stressful situations. She had tried several SSRI's in the past for her anxiety

PLAINTIFF'S
Exhibit 10

though she had side effects. I started her on Cymbalta and have regulated the dose. She also takes Ativan 0.5 mgs. as needed for anxiety. She has responded to these medications and has improved on them and also she has done better with the change to her new job in an urgent care center.

My impression is that Dr. McDonnell has a long history of anxiety. She has suffered from social anxiety, mostly when she was younger, but also in stressful situations, and generalized anxiety disorder and panic disorder. Her symptoms have been worsened and exacerbated when she has been in situations where she has felt overwhelmed, targeted, and feared speaking in front of others. When she has had a proper schedule and been able to demonstrate her knowledge in situations that decrease her anxiety, she has excelled. I believe she does well when she has special accommodations when allow her to manage her anxiety. She is doing well on Cymbalta and Ativan and her diagnoses of social anxiety, panic disorder and generalized disorder do not prevent her from performing her duties as a pediatrician.

If you need additional information, feel free to contact me.

Sincerely,

*Jenifer Rosenberg MD*

Jennifer Rosenberg, M.D.

JR:sr