IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S MOTION TO** |
| UNIVERSTIY HOSPITALS HEALTH | ) | **STRIKE DEFENDANTS' MOTION** |
| SYSTEM, ET AL. | ) | **FOR SUMMARY JUDGMENT** |
| | ) | |
| Defendants. | ) | |

[Handwritten annotation: 12/18/17 Motion Denied. While Def is in violation of Local Rule 7.1, the (P) will not be prejudiced by Def filing document consisting of 23 pages. /s/ Judge]

Plaintiff, Alison O'Donnell by and through undersigned counsel, hereby moves this Honorable Court to strike Defendants' Motion for Summary Judgment, pursuant to Local Rule 7.1, because it exceeds the maximum number of pages allowed under the Rule. Specifically, Local Rule 7.1(f) provides that in a standard track case, the page limit for any memoranda, including a Motion for Summary Judgment, cannot exceed 20 pages. Defendants' Motion for Summary Judgment is nearly a full 23 pages (24 pages including the Certificate of Service). Defendants did not move the Court for an extension of the page-limitations under Local Rule 7.1 prior to filing their Motion for Summary Judgment. As such, Plaintiff moves the Court to strike Defendants' Motion for Summary Judgment so that it can be refiled within the proper page limitations. Alternatively, if the Court is inclined to allow Defendants' Motion for Summary Judgment to remain filed as is, Plaintiff respectfully moves the Court for an Order granting her an extension of the page limits set forth in Local Rule 7.1 so that her Brief in Opposition may include up to 23 pages, not including the Certificate of Service.

