# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


ALISON O'DONNELL,

        Plaintiff,

   vs.               CASE NO. 1:16-cv-2480
                      JUDGE DONALD C. NUGENT


UNIVERSITY HOSPITALS HEALTH
SYSTEM, et al.,

        Defendants.


- - - -


      Deposition of DR. PAUL MINNILLO, taken as
if upon cross-examination before Sarah Lane, a
Notary Public within and for the State of Ohio, at
The Spitz Law Firm, 25200 Chagrin Boulevard,
Beachwood, Ohio at 8:06 a.m. on Tuesday, October
10, 2017, pursuant to notice and/or stipulations of
counsel, on behalf of the Plaintiff in this cause.

- - - -


Stevenson Reporting Service, Inc.
2197 Macon Court
Westlake, Ohio 44145
440.892.8600  diane@nls.net

85

1  don't know what Lexapro does, but I guess I look at

2  it and I think if I'm going to see a physician and

3  that physician were to be on some psychiatric

4  medicine or who knows what medicine, I guess, I

5  would say I hope UH would at least know because, to

6  me, how am I going to know if that doctor's able

7  treat me appropriately?

8  A.  **That's why it's contingent.  You mentioned Lexapro,**

9  **but Klonopin is a Schedule II.  That's something to**

10:04  10  **pay attention to.  Is there need to inform?  I**

11  **don't know, but some of the physicians who are on**

12  **medication, like bipolar disorder, they do need to**

13  **inform because I've worked with them through the**

14  **process.  I think it depends on maybe, check with**

15  **Adan, their diagnosis and what medicine it is.**

16  Q.  What's a Schedule II?

17  A.  **Schedule II is drugs that have a highly**

18  **addictive -- high -- like amphetamines or**

19  **benzodiazapine or things like that.**

10:05  20  Q.  Okay.

21  A.  **High addiction rate.**

22  Q.  Now, you said when you were asked about the work

23  restrictions, you were asked by Mr. Bean, you said

24  that if she would have raised something you would

25  have sent a letter or put a letter.

86

1   **A.**   **Absolutely, yes.**

2   Q.   Can we assume that your records would mention a

3        letter or they'd be in the file if you sent one?

4   **A.**   **Yes.**

5   Q.   So from looking at your records, was there any

6        letter sent to any of her employers?

7   **A.**   **No.**

8   Q.   By you?

9   **A.**   **No.**

10:05   10   Q.   And, I guess, when I look at it, if we look at a

11        few of the different things in here as to work, the

12        only things that I see at work -- and, I guess,

13        let's go through some of them as to work.

14          I see October 13, 2010, and my quote is,

15        "Positive feedback, although still described quiet

16        at work."  Do you see that?

17   **A.**   **Yes.**

18   Q.   And I assume that aside from your note -- and

19        that's actually Adan as to that?

10:06   20   **A.**   **Yes.**

21   Q.   So you can't give us anything more as to that.

22        Then December 8, 2010, and this is you, and there

23        you have, "Doing well at work."

24          Do you see that quote, December 8, 2010?

25   **A.**   **Yes, yes.**

87

1  Q.  February 9, 2011, and it says, "Recognizes the

2      positive feedback she receives at work."  Do you

3      see that?

4  A.  Yes.

5  Q.  And then September 6, 2011, which is, I believe,

6      our -- close to our last -- or September 6, 2011,

7      that's actually Adan again, and that's where she

8      says, "Much less anxious in social situations, able

9      to be social."  But that wasn't your record, right?

10:07
10 A.  Right.

11 Q.  Okay.  And you're welcome to look through it, but

12     what I see on here throughout all of your records,

13     39 meetings with her, I don't see anything where

14     she is reporting to you, at least -- well, let me

15     take a step back.

16         On your notes -- obviously, when you say 45- to

17     50-minute individual psychotherapy and you only

18     have three lines, presumably you guys talked about

19     a lot more, right?

10:07
20 A.  Yeah.

21 Q.  What do you typically take from that conversation

22     and put into the notes?

23 A.  Yes.  And you'll notice the difference between

24     myself and the psychiatrist.  Their data points

25     more to bits of information:  Boom, boom, boom,

Friday, May 01, 2015                          **Division of Ambulatory Care**                          Page 1
                                              **Department of Psychiatry**
                                        University Hospitals of Cleveland
                                         Case Western Reserve University
                                              11400 Euclid Avenue
                                              Cleveland, Ohio 44106
                                                  216-844-2400
                                              **Visitation Notes**
                                                      for
                                            ALLISON  MATTHEWS
                                                   3453772

7/7/09          90801. Initial evaluation
                Allison is a 30 yo AA female physician single with no children, self referred ( my web site) for anxiety
                issues.

                Present Problem: Allison has always been shy with poor self esteem . She constanly compared self to
                others, believes that is she not enough not matter what she accomplishes and has difficulties to assert
                herself and speak out. She is a "people pleaser" . She experiences physical symptoms of anxiety
                around social situations ( heart racing, sweating, speaking fast, poor concentration , mond going
                blank, jittery) and has anticipatory anxiety. Her condition is getting worst and she has consequences
                both professionally ( people do not know how much she knows, refuses and avoids promotions,..)and
                personally ( avoids social situations, no dating never been in a bar but once,...).All of theses is coloring
                negatively her mood, she gets sad and frustrated, feeling she is missing out of life. She frequently
                feels guilty and feels she is not doing enough. No compulsions or obsessions. No anhedonia. No
                problem with temper or anger. No signs of mania or hypomania.

                Past HX
                She tried a few years ago zoloft 50 mg with good results with weight gain. No hx od SA. No CD. No
                Admissions. no hs of counseling.

                Family HX. "my dad is a little shy but is ok wiht it" No CD No SA. No mood disorder
                Social/occupational HX
                She grew up in Michigan , raised by bilogival parents. Dad os a cardiologist> Mom is a Physical
                therapist and stopped working when Allsion was 3. Her younger sister is in med School is Cincinatti.
                No historo of trauma, abuse or bullied. No legal problems. Good student. Graduated HS. Under Grad
                in Michigan ( biology) Master in genetics and medical school. Just finished resiedency at CCF in
                pediatrics. will start a fellowship at UH next year in peds enocrinology. Will work in ED ( Hillcrest) until
                then. No dating, last relationship was 2 years ago, woul love one. "Vaguley Christian". No smoking.
                Less than a coup of coffea a week . 3 drinks a year.
                Hobbies: horse riding, owes one in metor and figure skating. used to compete
                Few friends. Exercising regularly with personal trainer 3/week.

                Medical hx: 160 lbs 5.5 F. NKDA. No meds currently. Takes MVI, CA, Fish oil. No history of cardiac
                condition, seizures or endocrinologic problems. menses are regular. No OBC ( not sex active)

                Mental Status exam: Alert, oriented times 4. Nicely dressed, appearing her age. Anxious, speaking
                fast and sweating profusely. Above overage IQ. Motivated and invested. good eye contact. No
                psychotic sx. no racing thoughts. No SI/HI. Good judgement and Insight.

                Target SX: Anxiety, disconfort in social situations, avoidance of social situations and poor self esteem

                IMP:Social Anxiety Disorder
                Rec: Will start Lexapro 2.5mg for 5 days increase to 5 mg for 7 days followed by 10 mg daily after
                that. Discussed side effects, alternatives, risks and benefits. Review relaxations techniques, positive
                affirmations and benebits of CBT. Will continue with exercise. Will check labs ( including TSH). Follow
                in 3-4 weeks. Gave email and cell phone info for ? and emergencies.
                Lexapro10mg 30 and 1 ref. Francoise Adan MD

7/13/09         email note 7/13/09
                patient reports some increase anxiety since started lexapro. I reccomended to lower the dose and



PLAINTIFF'S
EXHIBIT
4a
MINNILLO

**MINNILLO000001**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Page 2

switch to the morning. Labs showed low vit D and high creatinine, I recommend f/u with
PCP.Francoise Adan

| | |
|---|---|
| 7/28/09 | 90805 30 min for med check and psychotherapy |
| | Reports feeling better, taking 10 mf lexapro, the side effects subsided. |
| | Will start to work in 2 weeks |
| | Exercises regularly, rides her horse when she can. |
| | Started vit d3 5000UI and I recommended f/u with pcp for elevated creatinine |
| | Feels less anxious. Feels less avoidant, thinking about social interactions. |
| | Morning are better then evenings. |
| | NO SI or no HI |
| | NO CD issues |
| | NO new med problems |
| | Future oriented |
| | IMP. Social Snxiety Disorder |
| | PLAN Lexapro 10 mg |
| | referred to CBT |
| | Discussed breathing techniques and relaxations techinques |
| | exercise |
| | vit d3 |
| | f/u with pcp |
| | reviewed side effects/risks an alternatives |
| | Francoise Adan MD |

| | |
|---|---|
| 8/4/09 | 300.23 - 90801 Initial Evaluation, 50 minutes. |
| | Talked about the symptoms, process and evolution of her social anxiety (see above notes), the fears |
| | and worries assiciated with engagement with others and the world, and the ways her defenses, |
| | particularly avoidance, serve both as protection and barrier.  We talked about ways therapy can help |
| | with exposure, cognitive restructuring, mindfulness, CBT strategies, and enhancing her self-esteem. |
| | Follow up in 2 weeks. P.Minnillo, Ph.D. |

| | |
|---|---|
| 8/18/09 | 90805 |
| | Improving , feels medications is helping . Started CBT and "feels it is going to happen". |
| | Exercises and feels beeter after that |
| | Sitll anxious in social situations and has avoidance |
| | Looking at job offers, will start in Sept |
| | discussed and practiced breathing exercise and mindfullness techniques |
| | |
| | No Cd issues |
| | no SI no HI |
| | IMP |
| | Social anxiety ds |
| | PLAN |
| | Same plan |
| | lexapro 10 mg 30 and 2 ref |
| | add klonopin 0.5 1/2 to one po bid prn 30 w no refi; discussed side effects/alternatives/risks/benefits |

MINNILLO000002

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Page 3

f/u on 4 weeks
CBT
Francoise adan MD

8/18/09     90806 45-50 Min Individual Psychotherapy
Talked through her hierarchy of anxiety and set short-term goal of recognizing and recording her automatic thoughts, looking over ways to refute them, and how they inform her belief system.  Follow up in 2 weeks. P.Minnillo, Ph.D.

9/1/09     90806 45-50 Min Individual Psychotherapy
Talked about how she greatly benefits from her striving towards perfection.  She is still within the precontemplation/comtemplation stages, but will continue to work on recognizing and taking note of the ways she benefits and stays safe with her struggle.  Follow up in 2 weeks. P.Minnillo, Ph.D.

9/17/09     90805 med check and brief psychotherapy

better, feels less anxious when talks to others , still residual anxiety and anticipatory anxiety, some avoidance
mom give positive feedback
preparing to start to work but taking advantage of her free time as well
never anxiety free
attempted to exercise
CBT w dr Minillo
getting insight about cognitive distorsions
practices breathing and mindfulness techniques

denies side effects
takes vit D

IMP
Social Anxiety Ds

Plan
reviewed side effects/alternatives/risks/benefits
discussed mind/body connection
discussed breathing and mindfulness techniques
reviewed d3 regimen and will repeat bllod work
CBT
exercise
encourage pt to increase social acitivities and pariticipation
f adan Md
klonopin prn ( has only taken 3 since last visit)

MINNILLO000003

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Page 4

9/17/09    90806 45-50 Min Individual Psychotherapy
Talked through her 'Impact statement' related to her perfectionism, how it has interfered with her
desire to live a balanced life with the ability to engage with others socially and manage to tolerate her
mood and anxiety better. Follow up in 2 weeks. P.Minnillo, Ph.D.

9/28/09    90806 45-50 Min Individual Psychotherapy
Talked about her success with 'going outside the lines' with drawing, parking, and wearing different
colored socks.  Will continue to work through her hierarchy of fears/anxiety, next session will report
back how eating in public went.  Follow up in 2 weeks. P.Minnillo, Ph.D.

10/12/09   90806 45-50 Min Individual Psychotherapy
Talked through her 'eating in public' homework and how she succeeded in being able to engage and
complete the activity.  Talked through the origin of her struggle with food, restricting, and how this
impacts and relates to her striving towards perfection.  Next assignment will be to go eat in public
together for 20 minutes.  Will call with her availability.  P.Minnillo, Ph.D.

10/26/09   90806 45-50 Min Individual Psychotherapy
Talked through her previous homework.  Made important breakthrough in admitting she felt irritated
with me for not recognizing the efforts involved in coming in and working on making the changes she
would like to see.  Continues to struggle with her rigid beliefs of wanting to be perfect and pleasing
others as the means of self-sufficiency.  Follow up in 2 days. P.Minnillo, Ph.D.

10/28/09   90808 75 Min Individual Psychotherapy
Went to conduct en vivo exposure therapy at the cafeteria with Allison.  She and I continue to work
through her hierarchy of anxiety, level 5/10 eating in public.  We ate for over 30 minutes with
discussion of anticipatory anxiety, the experience, as well as recap last session.  Follow up in 2 weeks.
P.Minnillo, Ph.D.

11/9/09    90806 45-50 Min Individual Psychotherapy
Reviewed pt's reaction to exposure therapy.  States that it felt good to confront situations of moderate
anxiety - eating in public.  Agreed to continue once a week and journal.  Talked about her lack of
assertiveness in situations that she wishes she acted differently.  Explored alternatives and 'lessons'
to take forward.  Follow up in 2 weeks. P.Minnillo, Ph.D.

11/9/09    90805 for med check and brief psycho-30 min
Partial results, still anxiety
Started to work
Counseling ungoing
Sx are still better but much less, manages it better
denies side effects from meds
takes klonopin before therapy
Sitil limited social life and impairment secondary to anxiety in personal and prof life

IMP

**MINNILLO000004**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Page 5

Social phobia

vut D 36 ( recommend MVI)

PLAN
Increase lexapro to 15 mg to 20 mg  30 2 refl
CBT
K for severe anxiety
discused side effects/alternatives/risks/benefits

| | |
|---|---|
| 11/24/09 | 90806 45-50 Min Individual Psychotherapy |

11/24/09    90806 45-50 Min Individual Psychotherapy
Talked through her sense of therapy minimally working, but that she has much more to go.  Talked
through her life 'shoulds' and 'basic rights' as a person to get a better gauge of her self-esteem.
Talked about how mom has been verbally abusive and the toll its taken.  Follow up in 2 weeks.
P.Minnillo, Ph.D.

12/8/09    90806 45-50 Min Individual Psychotherapy
Talked about steering therapy into the direction towards her unhealthy attachment towards mom.
Recognizes that mom is both the most important person in her life and the most damaging.  Began to
unpack her decision-making, costs and benefits of change. P.Minnillo, Ph.D.

12/21/09    90806 45-50 Min Individual Psychotherapy
Talked about her recognition of progress being made slowly, but was quick to point out that she has a
'long way to go'.  Talked about the benefits of journaling so she can recognize and have concrete data
of when she is able to confront her social anxiety successfully. P.Minnillo, Ph.D.

1/5/10    90806 45-50 Min Individual Psychotherapy
Very good work.  Talked through her thought record and how she gained a valuable insight into her
relationship with mom.  She came to understand that mom's way of showing that she cares can be
interpreted as overbearing and controling.  We also processed 2 weeks of thought records including
situations that caused discomfort, emotional reaction, and way she coped/alternatives.  Doing better
job at catching maladaptive cognitions.  P.Minnillo, Ph.D.

1/5/10    90805 30 min med check and brief pscyho
better since increased the lexapro to 20 mg
takes klonopin about 2/month
practicing CBT, found very helpful
still plenty of residual anxiety but resistant of increase the meds
no cd issues

**MINNILLO000005**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Page 6

enjoying her work, working PT in the evening and will extend her work in the summer
limited social life, still some avoindance
no si no hi
no side effects
practices tension release exercise

IMP
Social anx ds


PLAN
CBT
encourage pt to increase the meds but pt prefers to wait
relaxations techniques
lexapro 20  30 one ref
f/u in 4-6 weeks
fadan md




1/20/10       90806 45-50 Min Individual Psychotherapy
              Practiced 'stream of consciousness' exercise and free association to allow herself to tolerate
              discomfort in the moment.  Shared anxiety levels being around 8.5 yet recognizing her ability to
              tolerate significant distress.  Went through 'top 10 commandments' of her life and highlighted areas in
              which were helpful or not helpful in working towards her goals in therapy. P.Minnillo, Ph.D.


2/1/10        90806 45-50 Min Individual Psychotherapy
              Good work.  Processed that working hard to achieve her moms goals, in the long and short term, wont
              make her happy.  Talked about ways she could positively reinforce her efforts as to take advantage of
              her hard work more positively. P.Minnillo, Ph.D.


2/15/10       90806 45-50 Min Individual Psychotherapy
              Talked through her anger and feeling rejected last session when I challenged her to take ownership of
              the direction of our therapy.  We highlighted the important insights she made regarding the futility of
              finding happiness while striving towards moms goals.  We also talked through the progress she has
              made in the very ability to share her anger and frustrations with me.  She left not feeling abandoned,
              but that we were able to talk through misunderstandings by her facing her fears and processessing
              them in therapy.  Good work. P.Minnillo, Ph.D.


2/15/10       90805 30 min for med check and brief psycho
              working and likes it
              therapy ongoing w r minillo
              anxiety is better, still residual sx but notices some improvement
              no side effects

**MINNILLO000006**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON  MATTHEWS
3453772

Page 7

benefits from increase of medications
healthy and no new med problems
takes klonopin prn , when has cbt
discussed the pro and cons of increase medication, pt is hesitant although i support the increase since
sx are still present
pt is incredibly resilent and is facing her feas despite a great level of anxiety ( : i able to talk to
someone in the line of groceries store...for the first time!)
exercises
consider meditation, not fitting her schedule right now.

IMP
social anxiety ds
PLAN
same plan for now
meditation class to consider
f/u in 4-6 weeks to consider increase of meds
fadanmd

2/17/10        faxed to the Drug Store 800-373-6013 Lexapro 20mg 1/g #30 DAW 1 refill.  Per Dr Adan/mpollack

3/2/10         90806 45-50 Min Individual Psychotherapy
               Good work. Did priority/values exercise - ranked family, love, happiness, and friends 1-4 as most
               important.  Will journal about key insight that if she was perfect, then she would be lovable  or that if
               she found herself lovable, then she wouldn't need to be perfect.  Follow up in 2 weeks. P.Minnillo,
               Ph.D.

3/16/10        90806 45-50 Min Individual Psychotherapy
               Did good work around her low-self esteem impacts, seems to prohibit her from opening herself up to
               new relationships for fear of rejection. We discussed focusing the next couple sessions on
               self-acceptance and being non-judgmental towards her shyness and uncomfort around others.
               Homework is to identify 7 positive characteristics of self. P.Minnillo, Ph.D.

3/30/10        90806 45-50 Min Individual Psychotherapy
               300.02 - Talked about how she feels guilt about sticking up for herself and how she feels the tension
               between legitimizing her right to be assertive and have healthy boundaries and to 'bully' herself in
               response.  Good work in gaining insight, will continue to actively work on refuting unhealthy thought
               proccesses that feed into her emotions, particularly guilt. P.Minnillo, Ph.D.

4/12/10        90806 45-50 Min Individual Psychotherapy
               Pt. recognized her resistance to processing her struggle with medical school which she describes as
               'hell' and other powerfully negative descriptors. She realizes that she focused her anxiety in areas she
               could be successful while getting herself off the hook for relationship work as she was always able to
               be busy in med school. P.Minnillo, Ph.D.

               faxed to THE Drug Store Lexapro 20mg 1/d #30 1 refill per Dr Adan/mpollack

**MINNILLO000007**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON  MATTHEWS
3453772

Page 8

4/22/10

4/26/10    90805 med check and brief psycho
           COntinues to slowly improve
           working really hard in therapy and making progress
           residual anxiety
           attenting meitation clas, very stressful but finds the techniques helfpu;
           denies SE
           Takes Klonopin vary rarely
           Will start fellowship in July 3 years, likes her work in ER
           Still severe social nxiety , disabling...limited social life
           IMP
           saical anxiety
           PLNA
           klonopin prn
           reviewed side effects /alaternatives/risks/beneifts
           increase lexapro to 30 mg  45 and 135tablets
           fadan md

4/26/10    90806 45-50 MIN INDIVIDUAL PSYCHOTHERAPY
           Talked about feeling frustrated by my process statement that I often lead conversations when it could
           be helpful for her to inform therapy as to what is more helpful to disuss.  Worked through in session,
           was helpful for her to express negative feelings and trusting it being ok.  Will work on not being as
           harsh and critical on herself. P.Minnillo, Ph.D.

5/10/10    90806 45-50 MIN INDIVIDUAL PSYCHOTHERAPY
           Pt came in and talked through her homework of capturing negative thoughts, coming up with viable
           alternatives, talked through her feeling about '50%' where she would like and happy with the progress
           she has made.  Next assgnment is to focus on positive aspects of herself. P.Minnillo, Ph.D.

5/21/10    I have been on the increased dosage (30mg) of Lexapro for approximately 3 weeks. I have not noticed
           a significant reduction in my anxiety; however, I have noticed decreased energy and lack of
           motivation. Do you think I still need time to adjust to the dosage change, or should I go back to 20mg?

           Thanks,
           Allison Matthews
           p/20 mg
           fadan md

5/26/10    90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
           Pt. talked through the positive attributes exercise.  Recognizing that she has strong defenses that
           protect her from closeness and intimacy with others.  That tension seems to work against her goal by

**MINNILLO000008**

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

Friday, May 01, 2015

Page 9

protecting her from rejection and general uncomfortableness. Recognizes that in order for her to make substantial progress, she will have to address her defense and avoidance strategies. P.Minnillo, Ph.D.

6/8/10      90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Pt talked about our sessions being simultaneously enlightening and frustrating in response to increased understanding about the basis of her behavior but stating she lacks understanding on how to change this. We went deeper here and realized that she does know what would be helpful to change, but that it would be tremendously anxiety provoking as it would be scary. P.Minnillo, Ph.D.

6/21/10     90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Discussed her homework on processing reactions she has towards others and her emotional reactivity. Stated that she struggled similiarly with most people she encountered, while recognizing that at the level of cognition, this should not be the case. Continues to explore the benefits of avoidance, especially protection from intimacy which is terrifying to her. P.Minnillo, Ph.D.

6/30/10     90805 med check and brief psycho
Doing 50 % better since beginnning of RX
Still residual sx and hesitant about taking klonopin
reviewed inortance of self care, cbt and alternatives meds
pt prefers to stay with what is for no
discussed breathing lachinques and benefits of meditation and exercise
will start fellowship tomorrow
encouraged her to increase her support and pursue cbt even her schedule will be full
IMP?plan
reviewed plan and recommendations / same as last visit
fadan md

6/30/10     90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Talked about beginning the process of moving towards activities that will allow her the opportunity for joy while minimizing the time spent on being critical and negative towards self. Will confront fears of going to orientation and journal how her experience compared to her level of fear. P.Minnillo, Ph.D.

7/19/10     90806 INDIVIDUAL PSYCHOTHERAPY, 50 MIN
Pt dalked about ways she could continue to build upon her successful confrontation and working through of an anticipated stressor linked to irrational fear. Came up with the thought of exploring creativity and how that may loosen her wish for perfectionism as well as confront her inner voice of judgement. P.Minnillo, Ph.D.

7/28/10     90806 INDIVIDUAL PSYCHOTHERAPY, 50 MIN
Talked through her new insight into perceiving herself as being impatient. Is becoming aware that her constant striving to do more things may be loading into her anxiety, not just the perception of relieving it. Discussed practical ways to test her impatience by recognition and awareness into recognizing

**MINNILLO000009**

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

early and more often. P.Minnillo, Ph.D.

8/18/10     90806 INDIVIDUAL PSYCHOTHERAPY, 50 MIN
Pt discussed her struggle with making behavioral and cognitive adjustments towards acceptance for fears of loosing control or not being able to manage the consequences of accepting all things are not in her control. P.Minnillo, Ph.D.

9/1/10     90806 INDIVIDUAL PSYCHOTHERAPY, 50 MIN
Talked about the pros/cons of her anticipatory anxiety and how she stands to gain via motivation and action, yet she is beginning to question the viability or necessity of her worry.  She believes she can function as well, perhaps better without it.  Will work on concrete ways to attempt to dilute its potency. P.Minnillo, Ph.D.

9/24/10     90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Patient is doing better, less anxiety, but feels 'room to go'.  Talked about cultivation of three goals: working on ways to enjoy herself and have fun, read homework 'revenge of the introvert', and beginning to journal activities that impact her anxiety levels. P.Minnillo, Ph.D.

9/28/10     90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Started to concretize plan for working on both acceptance of aspects of her person that are relatively stable/tempermental and those aspects she would like to continue to work on as it relates to managing her anxieties around people.  P.Minnillo, Ph.D.

10/13/10     90805 med check and brief psycho 30 min
Doing better
Working and a little bit more social
Residual sx on anxiety
Stressed by work's responsabilies and demands
Exercising 4 times a week therapy ongoing w benefits
Positive feedback enough still described quiet at work
takes klonopin once a week
no or little etoh
IMP
Social anxiety ds
PLAN
increase freqeunce of klonopin and leave lexapro CBT and same recommendations
f/u in 8 weeks
fadan md

10/13/10     pt signed private pay acknowledgement /ksealey

10/29/10     90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Went over euogy written last year to gague the progression of her ability to manage anxiety, be more

MINNILLO000010

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON  MATTHEWS
3453772

Page 11

resourceful in coping, and cultivate relationships that are edifying.  Work continuing on not needing to have 'theory' or 'structure' to provide her relief in session. P.Minnillo, Ph.D.

12/8/10    90806 INDIVIDUAL PSYCHOTHERAPY - 45-50 MIN
Pt recognizes that she is doing much better - less anxious, less criticism, doing well at work, but recognizing the benefit of balance and will be moving to reduce some of her work time and use it for her personal/leasure time. P.Minnillo, Ph.D.

12/22/10   90806: INDIVIDUAL PSYCHOTHERAPY, 45-50 MIN
Talked about her progress and how she would like to manage her anxiety while preserving the benefit of planning and preparation.  Will consider alternatives to 'productivity' as priority including time for self and being more in the moment. P.Minnillo, Ph.D.

2/8/11    90805 med check and brief psycho
Doing OK
Still residual anxiety, denies any specific triggers
Denies SI or HI
Denies SE
Lexapro 20 mg and uses klonopin about once a week
Exercising, horse riding, figure skating, started yoga
Planning , hoping to go to Nationals for skaing in the adult category next year!
Social life has improved as well, no dating
Denies CD
No new med issues
IMP
Social phobia
PLAN
reviewed se r b a
discussed alternatives as neurontin
enxoruage pt to exercise and rpactice relaxation techinques
support pt to use klonopin more fequently
therapy
lexapro 20 mg for now as pt is reluctant to introduce a change and has improved
fadan md

2/9/11    90806: INDIVIDUAL PSYCHOTHERAPY, 45-50 MIN
Met with patient to work on ways she can validate the good work she is doing at work with patients, recognize the positive feedback she receives at work, and the intrensic motivation of a job well done. This process would be in the service of practicing the refuting of her negative self-talk and gain greater perspective to the whole of her experience. P.Minnillo, Ph.D.

2/28/11   90806: INDIVIDUAL PSYCHOTHERAPY 45-50 MIN
Met with pt to discuss a plan for her to confront her fear of failure in a way that offers the opportunity to not 'be on' and space to explore not being perfect.  She chose to allow herself to sleep in for 30

MINNILLO000011

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON MATTHEWS
3453772

minutes longer in the morning as she recognizes the benefits of rest as important for the demands of
her life. P.Minnillo, Ph.D.

| | |
|---|---|
| 3/30/11 | 90806: INDIVIDUAL PSYCHOTHERAPY 45-50 MIN |

Met with patient to talk through her understanding of how her anxiety has changed over the course of
the last month. She seems to be able to cope more effectively with stress and doesn't express that
her daily activities are overwhelming. She took the burnout assessment and scored low highlighting
her resolve and capability to endure and perform despite her struggle. P.Minnillo, Ph.D.

4/28/11       90805 med check and brief psyco
 30 in
Doing well
No CX
Working
Healhty, no new meds
Denies SI or HI
Denies SE
Feels benefits from meds
Therapy ongoing w benefits
Takes klonopin prn for presentation and when comes for therapy
Not exercising regularly
Socializing a little more, it is easier to talk to people
IMP
Social Phobia
PLAN lexapro 20 90 3 r
klonopin .5 30 no r
CBT
LABs, request given to pt
reviewed se r b a
fadn md

5/3/11        90806: INDIVIDUAL PSYCHOTHERAPY 45-50 MIN
Continuing to do well. Shared that she is feeling less crippled by anxiety/worry.  Willing to spend time
logging the ways she appreciates the good in life and gratitude for her hard work in response to
mitigating her anxiety in an alternative fashion. P.Minnillo, Ph.D.

5/17/11       E-Rx to BioScript 800-677-5976 Lexapro 20mg 1/d #90 1rf per Dr Adan/mpollack

5/27/11       90806: INDIVIDUAL PSYCHOTHERAPY 45-50 MIN
Met with pt to continue exploring her guilt and selfish feelings to deconstruct according to the situation
and how her feelings arent factual assessments, but rather a product of her tendency to misinterpret
and make decisions to feel better and be liked by others. P.Minnillo, Ph.D.

**MINNILLO000012**

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visitation Notes**
for
ALLISON  MATTHEWS
3453772

Page 13

9/6/11      90805 med check and brief psycho 30 min
Doing OK
NO new meds/ tales lexapro 20 mg
She feels anxiety is much better
Much less anxious in social situation and able to be social
Denies SE
Denies SI or HI
exercising daily
Takes klonopin when needs to present or when anxiety is severe ( 3 in one months)
Therapy not as regular, not in 3 months, practices CBT on her own
Planning for a vacation next week
Working, busy , stressful
started to date/ boy friend for 6 m
IMP
social phobia
PLAN lexapro 20 mg 30 5
klonopin .5 prn   30
CBT
labs/ did not do since last visit " forgot"
exercise and healthy dioet
reviewed se rb a
fadan md

MINNILLO000013

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON  MATTHEWS
3453772

Page 1

| Visit Date | 7/7/2009 | 7/7/2009 | 7/28/2009 | 8/18/2009 | 8/18/2009 | 9/17/2009 |
|---|---|---|---|---|---|---|
| Visit Number | 1 | 2 | 3 | 4 | 5 | 6 |
| drug 21 | | | | | | |
| drug 22 | | | | | | |
| drug 23 | | | | | | |
| drug 24 | | | | | | |
| drug 25 | | | | | | |
| drug 26 | | | | | | |
| drug 27 | | | | | | |
| drug 28 | | | | | | |
| drug 29 | | | | | | |
| drug 30 | | | | | | |
| drug 31 | | | | | | |
| drug 32 | | | | | | |
| drug 33 | | | | | | |
| drug 34 | | | | | | |
| drug 35 | | | | | | |
| drug 36 | | | | | | |
| drug 37 | | | | | | |
| drug 38 | | | | | | |
| drug 39 | | | | | | |
| drug 40 | | | | | | |
| FTI | | | | | | |
| T4 | | | | | | |
| TSH | | | | | | |
| Microsomal | | | | | | |
| WBC | | | | | | |
| Platelet | | | | | | |
| Hemoglobin | | | | | | |
| HCT | | | | | | |
| NA | | | | | | |
| Alk. Phos. | | | | | | |
| AST | | | | | | |
| Creat | | | | | | |
| Lab/VS 1 | | | | | | |
| Lab/VS 2 | | | | | | |
| MATTHE | | | | | | |
| ALLISON | | | | | | |

MINNILLO000014

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON MATTHEWS
3453772

Page 2

| 11/9/2009 | 1/5/2010 | 2/15/2010 | 4/26/2010 | 6/30/2010 | 2/8/2011 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |

MINNILLO000015

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON MATTHEWS
3453772

Page 3

| 2/8/2011 13 | 4/28/2011 14 | 9/6/2011 15 | | | |
|---|---|---|---|---|---|

MINNILLO000016

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON  MATTHEWS
3453772

Page 1

| | 7/7/2009 | 7/7/2009 | 7/28/2009 | 8/18/2009 | 8/18/2009 | 9/17/2009 |
|---|---|---|---|---|---|---|
| Visit Date | | | | | | |
| Visit Number | 1 | 2 | 3 | 4 | 5 | 6 |
| Lithium Dose | | | | | | |
| Lithium Level | | | | | | |
| Side Effect | | | | | | |
| Side Effect | | | | | | |
| DVPX Dose | | | | | | |
| DVPX Level | | | | | | |
| Side Effect | | | | | | |
| Side Effect | | | | | | |
| MoodStab | | | | | | |
| MoodStab | | | | | | |
| MoodStab | | | | | | |
| MoodStab | | | | | | |
| **RATINGS** | | | | | | |
| QIDS | | | 7 | 7 | 8 | 5 |
| Rating 2 | | | | | | |
| Rating 3 | | | | | | |
| Rating 4 | | | | | | |
| **MISC. MEDS** | | | | | | |
| lexapro | LEXAPRO 1 | 10mg/30 | 10mg/30 | 10mg/30 | 10mg/30 | 10mg/30 |
| klonopin | | | | 0.5 | 0.5 | 0.5 |
| drug 3 | | | | | | |
| drug 4 | | | | | | |
| drug 5 | | | | | | |
| drug 6 | | | | | | |
| drug 7 | | | | | | |
| drug 8 | | | | | | |
| drug 9 | | | | | | |
| drug 10 | | | | | | |
| drug 11 | | | | | | |
| drug 12 | | | | | | |
| drug 13 | | | | | | |
| drug 14 | | | | | | |
| drug 15 | | | | | | |
| drug 16 | | | | | | |
| drug 17 | | | | | | |
| drug 18 | | | | | | |
| drug 19 | | | | | | |
| drug 20 | | | | | | |

MINNILLO000017

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON  MATTHEWS
3453772

Page 2

| 11/9/2009 7 | 1/5/2010 8 | 2/15/2010 9 | 4/26/2010 10 | 6/30/2010 11 | 2/8/2011 12 |
|---|---|---|---|---|---|
| 9 | 8 | 4 | 6 | 5 | |
| 20mg 0.5prn | 20mg 0.5prn | 20mg 0.5prn | 20mg 0.5prn | 20mg 0.5prn | 20mg 0.5prn |

MINNILLO000018

Friday, May 01, 2015

**Division of Ambulatory Care**
**Department of Psychiatry**
University Hospitals of Cleveland
Case Western Reserve University
11400 Euclid Avenue
Cleveland, Ohio 44106
216-844-2400
**Visit Information**
for
ALLISON MATTHEWS
3453772

Page 3

| 2/8/2011 13 | 4/28/2011 14 | 9/6/2011 15 | | | |
|---|---|---|---|---|---|
| 7 | | | | | |
| 20mg 0.5prn | 20mg 0.5prn | 20mg 0.5prn | | | |

MINNILLO000019