# EXHIBIT D

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3                         - - -

 4   ALISON O'DONNELL,

 5              Plaintiff,
          vs.                    Case No. 1:16-cv-2450
 6                               Judge Donald E. Nugent
     UNIVERSITY HOSPITALS
 7   HEALTH SYSTEM, et al.,

 8              Defendants.

 9                         - - -

10        DEPOSITION OF SUMANA NARASIMHAN, M.D.
                Tuesday, August 29, 2017
11
                           - - -
12

13         The deposition of SUMANA NARASIMHAN, M.D.,

14   a Defendant herein, called for examination by

15   the Plaintiff under the Federal Rules of Civil

16   Procedure, taken before me, Diane M. Stevenson,

17   a Registered Diplomate Reporter, Certified

18   Realtime Reporter, and Notary Public in and for

19   the state of Ohio, pursuant to notice, at

20   Vorys, Sater, Seymour & Pease LLP, 200 Public

21   Square, Suite 1400, Cleveland, Ohio, commencing

22   at 6:45 p.m., the day and date above set forth.

23

24
              Stevenson Reporting Service, Inc.
25        2197 Macon Court    Westlake, Ohio 44145
              440.892.8600   diane@nls.net
```

| | | |
|---|---|---|
| 1 | | there. |
| 2 | | It is not just, "Oh, you just get extra |
| 3 | | time," for example. |
| 4 | Q. | Did you agree that Dr. Matthews needed more |
| 5 | | time in the program in order to complete it? |
| 6 | A. | I did feel that would be helpful. |
| 7 | Q. | Then are the Wednesday -- are you familiar with |
| 8 | | the Wednesday conferences? |
| 9 | A. | Yes. |
| 10 | Q. | Are those important to the program? |
| 11 | A. | They are essential to the program. |
| 12 | Q. | How so? Why, in your view, are they essential |
| 13 | | to the program? |
| 14 | A. | Because the Wednesday conferences allow for a |
| 15 | | free exchange of ideas, also the presentation |
| 16 | | of cases that the service is seeing that whole |
| 17 | | week, plus any interesting case that could be |
| 18 | | discussed. |
| 19 | | There is also time to discuss a certain |
| 20 | | topic. There is also journal review in that |
| 21 | | time that can be scheduled where we review the |
| 22 | | literature on the latest article on something, |
| 23 | | or whatever, and do an in-depth review. |
| 24 | | The Wednesday conferences are also a time |
| 25 | | when we invited outside doctors to come in, |

1  outside our specialties, sometimes visiting
2  people, to come and talk to us.
3      We would sometimes have psychiatry come in
4  and talk to us, psychology/psychiatry talk to
5  us about, say, diabetes, do like a joint
6  conference.
7      It was really the part of the week which
8  allowed for us to get away from a routine, see
9  the patient, write the note, give the
10  assessment to "How is everybody thinking?"
11      And if somebody went to a national
12  conference, they would come back and give the
13  gist of what they learned in that conference.
14  And that was the expectation.
15      It allowed us to practice our
16  presentations. Like if I was going to a
17  national meeting and I had a poster, I would
18  bring the poster to the Wednesday conference.
19  If I had an oral, I would actually practice
20  with somebody timing and everybody writing
21  their comments and getting that feedback from a
22  friendly audience before you went to a national
23  audience.
24      So it was really useful for both faculty
25  and fellows.