# EXHIBIT E

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3                            - - -

 4     ALISON O'DONNELL,

 5              Plaintiff,
         vs.                      Case No. 1:16-cv-2450
 6                                Judge Donald E. Nugent
       UNIVERSITY HOSPITALS
 7     HEALTH SYSTEM, et al.,

 8              Defendants.

 9                            - - -

10        DEPOSITION OF ROSE A. GUBITOSI-KLUG, M.D.
                 Tuesday, August 15, 2017
11
                              - - -
12

13          The deposition of ROSE A. GUBITOSI-KLUG,

14     M.D., a Defendant herein, called for

15     examination by the Plaintiff under the Federal

16     Rules of Civil Procedure, taken before me,

17     Diane M. Stevenson, a Registered Diplomate

18     Reporter, Certified Realtime Reporter, and

19     Notary Public in and for the state of Ohio,

20     pursuant to notice, at The Spitz Law Firm,

21     25200 Chagrin Blvd., Suite 200, Beachwood,

22     Ohio, commencing at 9:51 a.m., the day and date

23     above set forth.

24
              Stevenson Reporting Service, Inc.
25        2197 Macon Court   Westlake, Ohio 44145
                440.892.8600  diane@nls.net
```

|   |   |   |
|---|---|---|
| 1 |   | booked out, especially when we are having |
| 2 |   | outside speakers come in and talk to us. |
| 3 | Q. | So then somebody is going to be speaking. And |
| 4 |   | then at that point somebody can jump in with a |
| 5 |   | question, either a faculty member or a fellow, |
| 6 |   | and questions can be posed to the fellows, |
| 7 |   | "Hey, how would you handle this specific |
| 8 |   | situation?" Or "What do you think about this," |
| 9 |   | that type of stuff, right? |
| 10 | A. | Yeah, I mean, absolutely. Wednesday is -- |
| 11 |   | Wednesday is mandatory because it is our only |
| 12 |   | time where we are all together that we can do |
| 13 |   | the true kind of teaching that is required of |
| 14 |   | an academic subspecialty training program. |
| 15 |   | I mean, it is kind of -- this is our |
| 16 |   | sacred time to really be all together with our |
| 17 |   | fellows as a group to go over the most |
| 18 |   | challenging cases. |
| 19 |   | You could be on inpatient service for |
| 20 |   | three years and never treat a patient with a |
| 21 |   | rare condition called thyroid storm. How do |
| 22 |   | you learn? I mean, I never saw a thyroid storm |
| 23 |   | patient in my three years of fellowship. |
| 24 |   | But on these Wednesday meetings faculty |
| 25 |   | would present a case. I would then present the |

1  management to residents in the PICU, I would do
2  a lecture on it. So I would learn that way,
3  because some of the cases are so rare, you are
4  never going see in your three years.
5       But I learned how to do the medical
6  management from these Wednesday conferences and
7  then from presenting.
8       So I will tell you, day one as an
9  assistant professor, first patient in the PICU,
10 thyroid storm. And I knew how to do it because
11 of Wednesday meetings. So these meetings are
12 essential to giving, imparting the knowledge to
13 the fellows of these very rare cases.
14      And in outpatient clinic, patients are
15 assigned to the schedule randomly, nobody is
16 purposely given the most challenging patients.
17 I mean, they just -- patients call, new
18 patient, they are put on a schedule.
19      We tend to try to get a lot of new
20 patients for fellows because that is where the
21 real learning is. They can see some of my
22 follow-ups, but the new patient is when you get
23 to really kind of see them fresh and think
24 about how you would prioritize their work-up.
25      So we need to talk about these challenging

cases on Wednesday. So the fellow would, typically, their presentations are they start with the case. I mean, that is how we all learn. We start with the case, and maybe it is a simple case, but in your differential of what might be going on, you consider some rare things, and occasionally that is what the kid has.

And then you would break into, and the heart of your presentation would really be, the pathophysiology of that disease. What do we understand? Do we understand the genetics of it? Is it inherited. How is it inherited in the family?

As a subspecialist, you are expected to know the detailed biochemistry. In our area it is a lot of biochemistry. That is what you expect.

General pediatricians understand the surface, but we are supposed to be able to have the in-depth.

So on these Wednesday conferences we are able to see, again: Are the fellows making that jump from being the general pediatrician to now being that subspecialty expert?