# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

ALISON O'DONNELL,

    Plaintiff,

vs.               Case No. 1:16-cv-2450
                   Judge Donald E. Nugent

UNIVERSITY HOSPITALS
HEALTH SYSTEM, et al.,

    Defendants.

- - -

DEPOSITION OF JULIE A. CHESTER
Monday, August 7, 2017

- - -

The deposition of JULIE A. CHESTER, a witness, called for examination by the Plaintiff under the Federal Rules of Civil Procedure, taken before me, Diane M. Stevenson, a Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public in and for the state of Ohio, pursuant to notice, at The Spitz Law Firm, 25200 Chagrin Blvd., Suite 200, Beachwood, Ohio, commencing at 8:58 a.m., the day and date above set forth.

Stevenson Reporting Service, Inc.
2197 Macon Court   Westlake, Ohio 44145
440.892.8600  diane@nls.net

| | | |
|---|---|---|
| 1 | Q. | I know you don't recall everybody that you |
| 2 | | spoke to, but did you look into the essential |
| 3 | | functions? |
| 4 | A. | Yes, with the department. |
| 5 | Q. | Okay. |
| 6 | A. | And assuring that we had the accurate, up-to- |
| 7 | | date essential functions of the job. |
| 8 | Q. | So it looks like from the emails, and I am just |
| 9 | | looking at a couple of emails, like Exhibit 11 |
| 10 | | says, "Thank you for taking the time to meet |
| 11 | | with me this afternoon," so it looks like on |
| 12 | | May 11, 2012, you and Dr. Matthews met? |
| 13 | A. | Correct. |
| 14 | Q. | And it looks like from the email, the documents |
| 15 | | that counsel presented, that there was either |
| 16 | | email communications or in-person |
| 17 | | communications not only on May 11th but a |
| 18 | | number of times between you and Dr. Matthews? |
| 19 | A. | Yes, I do remember meeting with her multiple |
| 20 | | times. I just don't have the specific detail |
| 21 | | or dates, yes. |
| 22 | Q. | And it looks like there was discussion about |
| 23 | | the accommodation when the two of you met? |
| 24 | A. | Yes. |
| 25 | Q. | And just one example of it as to this, like, |

```
 1         February meeting with Dr. Uli, right?
 2   A.    Correct.
 3   Q.    So I see, as a final point, I see in her -- she
 4         uses some, I guess I would say, as a lawyer in
 5         HR, some buzzwords; "bullying," I think she
 6         uses. Did you explore what she meant by that
 7         in your meetings with her?
 8   A.    We did. Again, I don't know all the specifics,
 9         but certainly all the allegations that she
10         brought forward we fully investigated, talked
11         to appropriate parties, and weren't able to
12         provide -- or there wasn't any substantiation
13         to any of her allegations.
14   Q.    And if you would have found race
15         discrimination, for example, I am not saying
16         whether she alleged it, but if you would have
17         found it, would HR have responded?
18   A.    Absolutely.
19   Q.    Had you found that she was being bullied in
20         some fashion by employees at UH, would HR have
21         responded?
22   A.    Absolutely.
23   Q.    So it is fair to say that although you don't
24         recall every person you spoke to about all of
25         the allegations, HR, either you or somebody on
```

```
 1              your team, spoke with Dr. Matthews about what
 2              she meant by bullying or harassment, or other
 3              buzzwords that she used, and that you would
 4              have looked further into it?
 5  A.          Yes.
 6  Q.          And based on the fact that, I take it, that
 7              there were no disciplinary actions against
 8              Dr. Uli or other members of the department,
 9              that HR concluded that these allegations were
10              not substantiated?
11  A.          Correct.
12                      MR. CAMPBELL:    I don't have any
13              further questions.
14                             - - -
15                      RECROSS-EXAMINATION
16  BY MR. BEAN:
17  Q.          Was there ever -- you said that there was a
18              conclusion that these allegations were not
19              substantiated. Was there ever a document that
20              memorialized this, that memorialized, you know,
21              that walked through "Dr. O'Donnell, you made
22              these complaints. Here is who we interviewed.
23              Here is what they said. And it is our
24              conclusion that it is unsubstantiated."
25                      I mean, I have seen a lot of those
```