# EXHIBIT H

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                          - - -

 4    ALISON O'DONNELL,

 5              Plaintiff,
         vs.                        Case No. 1:16-cv-2450
 6                                  Judge Donald E. Nugent
      UNIVERSITY HOSPITALS
 7    HEALTH SYSTEM, et al.,

 8              Defendants.

 9                          - - -

10         DEPOSITION OF WILLIAM R. REBELLO
                 Friday, August 18, 2017
11
                            - - -
12

13         The deposition of WILLIAM R. REBELLO, a

14    Defendant herein, called for examination by the

15    Plaintiff under the Federal Rules of Civil

16    Procedure, taken before me, Diane M. Stevenson,

17    a Registered Diplomate Reporter, Certified

18    Realtime Reporter, and Notary Public in and for

19    the state of Ohio, pursuant to notice, at The

20    Spitz Law Firm, 25200 Chagrin Blvd., Suite 200,

21    Beachwood, Ohio, commencing at 9:07 a.m., the

22    day and date above set forth.

23

24
              Stevenson Reporting Service, Inc.
25     2197 Macon Court    Westlake, Ohio 44145
             440.892.8600  diane@nls.net
```

|   |   |   |
|---|---|---|
| 1 |    | create job descriptions for positions not in |
| 2 |    | GME? |
| 3 | A. | No.  We don't create individual job |
| 4 |    | descriptions for each program.  We might create |
| 5 |    | a generic job like for a visa that just says |
| 6 |    | what a resident does, in general, what a fellow |
| 7 |    | does, in general, but that is it. |
| 8 | Q. | Other than Ms. Chester reaching out to you to |
| 9 |    | ask about a job description, did she reach out |
| 10 |   | to you any additional times regarding |
| 11 |   | Dr. O'Donnell and her complaints? |
| 12 | A. | Not that I recall. |
| 13 | Q. | Did she ever speak with you in more detail |
| 14 |   | about her complaints as she communicated them |
| 15 |   | to you? |
| 16 | A. | I don't recall any conversations with her. |
| 17 | Q. | Did Julie Chester ever inform you of what steps |
| 18 |   | she was taking to investigate the complaints? |
| 19 | A. | No, I don't recall her telling me steps, but |
| 20 |   | that is not unusual. |
| 21 | Q. | Would that be something that you would not be |
| 22 |   | involved in? |
| 23 | A. | Correct. |
| 24 | Q. | Other than passing along the request for a job |
| 25 |   | description to Dr. Uli, did you have any |