UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 1:12 CR 455 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF REFERRAL TO |
| | ) | MAGISTRATE JUDGE |
| Hamilton Greathouse, | ) | |
| | ) | |
| Defendant. | ) | |

This case is referred to United States Magistrate Judge William Baughman for purposes of detention hearing.  The  Magistrate Judge shall provide the Court with a Report and Recommendation.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __January 5, 2018____