IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON O'DONNELL, | ) | CASE NO.: 1:16-cv-02480 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S MOTION TO** |
| UNIVERSTIY HOSPITALS HEALTH | ) | **CONTINUE TRIAL DATE UNTIL** |
| SYSTEM, ET AL. | ) | **JULY 23, 2018** |
| | ) | |
| Defendants. | ) | |

Plaintiff, Alison O'Donnell by and through undersigned counsel, hereby moves the Court to continue and reset the trial date to the week of July 23, 2018. On January 9, 2018, the parties had a status conference with the Court and selected April 16, 2018 as a trial date. Plaintiff's counsel indicated that he needed to follow up with his client as well as his co-counsel on whether that date would work. Upon checking, that date did not work for Plaintiff's co-counsel. As a result, Plaintiff and Defendant exchanged several alternative dates via email in the months of May, June and July. It was agreed between the parties that the only date available for all parties was July 23, 2018. As such, Plaintiff respectfully requests that the trial date be moved to July 23, 2018.

Respectfully Submitted,

*/s/ Fred M. Bean*
Brian D. Spitz (0068816)
Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Ste. 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Brian.spitz@spitzlawfirm.com
           Fred.Bean@spitzlawfirm.com

*Attorneys for Plaintiff Alison O'Donnell*



## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2018, a copy of foregoing is being filed and served through Court's electronic filing system

*/s/ Fred M. Bean*
Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**