## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| O'Donnell,<br><br>    Plaintiff(s),<br>v.<br><br>University Hospitals Health System, *et al.*,<br>    Defendant(s). | Date:   January 9, 2018<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:16 CV 2480 |

Status Conference held. All counsel participating. Summary Judgment motion is fully briefed. Trial set by agreement for 4/16/18 @ 8:30.

Trial Order to issue.

Length of Proceeding: 10

_Betsy Buen_
~~United States District Judge~~
Law Clerk