IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Alison O'Donnell, | CASE NO.: 1:16 CV 2480 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | |
| | JUDGMENT |
| University Hospitals Health System, et al., | |
| Defendants. | |

Pursuant to a Memorandum Opinion of this Court, Defendants' Motion for Summary Judgment (ECF #25) is GRANTED. This action is terminated.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2018