# EXHIBIT A

## Itemized Costs According to Form A0133 Bill of Costs

### Fees for Transcripts and Court Reporters

| Deponent | Date of Deposition | Fee | Description | Vendor | Tab |
|---|---|---|---|---|---|
| Alison O'Donnell | 08/04/2017 | $1,434.15 | Court Reporter/Transcript | Cleveland Reporting Partners, LLC | 1 |
| Alison O'Donnell | 09/22/2017 | $191.30 | Court Reporter/Transcript | Cleveland Reporting Partners, LLC | 2 |
| Naveen Uli, MD | 11/4/2017 | $1,152.00 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 3 |
| Francoise Adan, MC | 11/5/2017 | $630.00 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 4 |
| Sumana Narasimhan, MD | 11/5/2017 | $528.00 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 5 |
| Julie A. Chester | 11/7/2017 | $678.00 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 6 |
| William R. Rebello | 11/8/2017 | $318.00 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 7 |
| Rose A. Gubitosi-Klug, MD | 11/10/2017 | $907.50 | Court Reporter/Transcript | Stevenson Reporting Service, Inc. | 8 |

### Fees for Medical Records

| Date | Fee | Description | Provider | Tab |
|---|---|---|---|---|
| 05/15/2017 | $61.24 | Fees Charged by Plaintiff's Medical Provider for Copying Plaintiff's Medical Records | Jones-Wood Psychological Associates, Inc. | 9 |

**Total Costs/Fees:**     $5,900.19

# TAB 1



# CLEVELAND REPORTING PARTNERS, LLC

# INVOICE

**BILL TO**
David A. Campbell Esquire
Vorys Sater Seymour and Pease
200 Public Square, Suite 1400
Cleveland, Ohio 44114 USA

**INVOICE #** 1625
**DATE** 08/11/2017
**DUE DATE** 09/10/2017
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Attendance** <br> Deposition of Alison O'Donnell | 6 | 60.00 | 360.00 |
| **Original transcript** <br> Deposition transcript of Alison O'Donnell | 249 | 4.15 | 1,033.35 |
| **Electronic Exhibits** <br> Exhibits 1-16 | 86 | 0.30 | 25.80 |
| **Shipping & Handling** <br> Via USPS | 1 | 15.00 | 15.00 |

RE: Alison O'Donnell v. University Hospitals Health System, et al.

**BALANCE DUE** $1,434.15

DATE OF SERVICE: August 4, 2017

Make Check Payable to:
Cleveland Reporting Partners, LLC

EIN: 47-5566685

# TAB 2



# CLEVELAND REPORTING PARTNERS, LLC

# INVOICE

**BILL TO**
David A. Campbell Esquire
Vorys Sater Seymour and Pease
200 Public Square, Suite 1400
Cleveland, Ohio 44114 USA

**INVOICE #** 1688
**DATE** 09/29/2017
**DUE DATE** 09/29/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Attendance<br>Continued Deposition of Alison O'Donnell - Volume 2 | 1 | 60.00 | 60.00 |
| Original transcript<br>Continued Deposition of Alison O'Donnell - Volume 2 | 30 | 4.15 | 124.50 |
| Scanned Exhibits<br>Exhibits 1-3 | 6 | 0.30 | 1.80 |
| Shipping & Handling<br>Original Exhibit Return | 1 | 5.00 | 5.00 |

RE: Alison O'Donnell vs. UH, et al.

**BALANCE DUE** **$191.30**

DATE OF SERVICE: 9/22/17

Make Check Payable to:
Cleveland Reporting Partners, LLC

DUE UPON RECEIPT AND IS NOT CONTINGENT ON CLIENT PAYMENT

EIN: 47-5566685

# TAB 3

*Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone: 440.892.8600     diane@nls.net     Fax: 440.892.5892

Tax ID No.: 34-1860073     11/4/17

Invoice No. 9402

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114

Re: Alison O'Donnell
      vs.
    University Hospitals Health System, et al.
    Case No. 1:16-cv-2480
    Deposition of Naveen Uli, M.D.

| Date | | Amount |
|---|---|---|
| 11/4/17 | Transcript of Naveen Uli, M.D.<br>Original - 192 pages @ $6.00/page<br>(Expedited delivery - E-transcript only) | $1,152.00 |
| | TOTAL DUE  >>>> | $1,152.00 |

Reporter - Diane M. Stevenson, RDR, CRR

Thank you. We appreciate your business.

Please enclose a copy of this invoice with your payment.
Terms: Net 30 days @ 1.5%.

# TAB 4

## *Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone: 440.892.8600        diane@nls.net        Fax: 440.892.5892

---

Tax ID No.: 34-1860073                                11/5/17

Invoice No. 9404

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114


    Re: Alison O'Donnell
        vs.
       University Hospitals Health System, et al.
       Case No. 1:16-cv-2480
       Deposition of Francoise Adan, M.D.

---

| Date | | Amount |
|---|---|---|
| 11/5/17 | Transcript of Francoise Adan, M.D.<br>Original - 105 pages @ $6.00/page<br>(Expedited delivery - E-transcript only) | $ 630.00 |
| | TOTAL DUE  >>>> | $ 630.00 |


Reporter - Diane M. Stevenson, RDR, CRR

Thank you. We appreciate your business.

---

Please enclose a copy of this invoice with your payment.
Terms: Net 30 days @ 1.5%.

# TAB 5

## *Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone:  440.892.8600          diane@nls.net          Fax:  440.892.5892

Tax ID No.:  34-1860073                                   11/5/17

                                                    Invoice No. 9405

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114

    Re:  Alison O'Donnell
         vs.
       University Hospitals Health System, et al.
       Case No. 1:16-cv-2480
       Deposition of Sumana Narasimhan, M.D.

| Date | | Amount |
|---|---|---|
| 11/5/17 | Transcript of Sumana Narasimhan, M.D.<br>Original - 88 pages @ $6.00/page<br>(Expedited delivery - E-transcript only) | $ 528.00 |
| | TOTAL DUE  >>>> | $ 528.00 |

Reporter - Diane M. Stevenson, RDR, CRR

Thank you.  We appreciate your business.


Please enclose a copy of this invoice with your payment.
Terms:  Net 30 days @ 1.5%.

# TAB 6

*Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone: 440.892.8600     diane@nls.net     Fax: 440.892.5892

---

Tax ID No.: 34-1860073          11/7/17

Invoice No. 9406

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114


    Re: Alison O'Donnell
          vs.
       University Hospitals Health System, et al.
       Case No. 1:16-cv-2480
       Deposition of Julie A. Chester

---

| Date | | Amount |
|---|---|---|
| 11/7/17 | Transcript of Julie A. Chester<br>Original - 113 pages @ $6.00/page<br>(Expedited delivery - E-transcript only) | $ 678.00 |
| | TOTAL DUE  >>>> | $ 678.00 |


Diane M. Stevenson, RDR, CRR

Thank you. We appreciate your business.

---

Please enclose a copy of this invoice with your payment.
Terms: Net 30 days @ 1.5%.

# TAB 7

## *Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone:  440.892.8600      diane@nls.net     Fax:  440.892.5892

Tax ID No.:  34-1860073     11/8/17

Invoice No. 9407

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114

Re:  Alison O'Donnell
      vs.
    University Hospitals Health System, et al.
    Case No. 1:16-cv-2480
    Deposition of William R. Rebello

| Date | | Amount |
|---|---|---|
| 11/8/17 | Transcript of William R. Rebello<br>Original - 53 pages @ $6.00/page<br>(Expedited delivery - E-transcript only) | $ 318.00 |
| | TOTAL DUE  >>>> | $ 318.00 |

Reporter - Diane M. Stevenson, RDR, CRR

Thank you.  We appreciate your business.

Please enclose a copy of this invoice with your payment.
Terms:  Net 30 days @ 1.5%.

# TAB 8

## *Stevenson Reporting Service, Inc.*
2197 Macon Court
Westlake, Ohio 44145

Phone: 440.892.8600  diane@nls.net  Fax: 440.892.5892

---

Tax ID No.: 34-1860073          11/10/17

Invoice No. 9410

David A. Campbell, Esq.
Vorys, Sater, Seymour & Pease LLP
200 Public Square - Suite 1400
Cleveland, Ohio 44114

Re: Alison O'Donnell
      vs.
    University Hospitals Health System, et al.
    Case No. 1:16-cv-2480
    Deposition of Rose A. Gubitosi-Klug, M.D.

---

| Date | | Amount |
|---|---|---|
| 11/10/17 | Transcript of Rose A. Gubitosi-Klug, M.D. Original - 142 pages @ $6.00/page (Expedited delivery - E-transcript only) | $ 852.00 |
| | Exhibits scanned - 222 pages @ .25/page | $ 55.50 |
| | TOTAL DUE   >>>> | $ 907.50 |

Reporter - Diane M. Stevenson, RDR, CRR

Thank you. We appreciate your business.

---

Please enclose a copy of this invoice with your payment.
Terms: Net 30 days @ 1.5%.

# TAB 9



# Jones–Wood Psychological Associates, Inc.

9826 East Washington Street · Chagrin Falls, OH 44023 · Telephone: 440-708-0188
Fax: 440-708-0368 · Email: aswood71@gmail.com

May 15, 2017

Liana R. Hollingsworth
Vorys, Sater, Seymor and Pease, LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114

Re:   Alison O'Donnell

Dear Attorney Hollingsworth:

Per your request, please find the enclosed information regarding the above-named individual.

The fee of $61.24 has been assessed for the attached copies.

$30.70 for 10 pages at $3.07 per page (for pages 1-10)
$25.60 for 40 pages at $0.64 per page (for pages 11-50)
$4.94  for 19 pages at $0.26 per page (for pages 51 and up)

Please remit payment to:   Jones-Wood Psychological Associates, Inc.
                           9826 East Washington Street
                           Chagrin Falls, Ohio 44023

Thank you,

Arcangela S. Wood, Psy.D.
Psychologist

THE ENCLOSED INFORMATION IS CONFIDENTIAL AND ONLY FOR THE PERSON TO WHOM IT IS ADDRESSED. NO RESPONSIBILITY WILL BE TAKEN BY JONES-WOOD PSYCHOLOGICAL ASSOCIATES IF THIS INFORMATION IS RELEASED TO ANY OTHER PERSON.