**United States District Court for the** Northern

**District of** Ohio

Alison O'Donnell

Plaintiff,

vs.

Case No. 1:16-cv-2480

University Hospitals Health System, et al.

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Alison O'Donnell ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Judgment and Memorandum Opinion granting Summary Judgment
*The final judgment, from an order describing it*

entered in this action on the   4th   day of                               April  , 2018         .

(s) Fred M. Bean

Address: The Spitz Law Firm, LLC

25200 Chagrin Blvd., Suite 200

Beachwood, OH 44122

Attorney for Alison O'Donnell

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ☐
     Court of Appeals ☐

6CA-3
11/16