# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 18-3397

_____

Filed: November 24, 2020

ALISON O'DONNELL

   Plaintiff - Appellant          1:16cv2480 - DCN

v.

UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, aka University Hospitals Health Systems; NAVEEN ULI; SUMANA NARASIMHAN; ROSE GUBITOSI-KLUG

   Defendants - Appellees

 and

WILLIAM REBELLO

   Defendant

## MANDATE

Pursuant to the court's disposition that was filed 10/29/2020 the mandate for this case hereby issues today.  Affirmed

COSTS:  None